| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK** | |
| In Re:<br><br>CHERRY FRANCIS | Case No.:    1-19-43235-cec<br><br>Adversary No.    1-19-01097-cec<br><br>Chapter:    13<br><br>Hearing: <u>October 10, 2019</u><br><br>Judge: Carla E. Craig |
| GUSTAVIA HOME, LLC,<br><br>     Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A. AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATED TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-3<br><br>     Defendants. | **NOTICE OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT** |

PLEASE TAKE NOTICE that on October 10, 2019 at 2:30 p.m., Defendant Bank of America, N.A. ("BANA") will move to dismiss with prejudice the Adversary Complaint filed by Gustavia Home, LLC in this Adversary Proceeding before the Honorable Carla E. Craig, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East – Suite 1595, Brooklyn, NY 11201.

Any response to the Motion must be made in writing shall be due seven (7) days before the date of the hearing, and served upon and received by counsel for BANA, Heather Elizabeth Saydah, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166. The order may be entered without a hearing unless a timely objection is made.

Dated:  August 21, 2019  Respectfully submitted,
       New York, New York

WINSTON & STRAWN, LLP

BY:  */s/Heather Elizabeth Saydah*
Heather Elizabeth Saydah, Esq.
200 Park Avenue
New York, NY  10166
(212) 294-5312
hsaydah@winston.com
*Counsel for Bank of America, N.A.*