UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
-------------------------------------------------------------------X    Chapter 13
IN RE:

    CASE NO.: 1-19-43235-cec

CHERRY FRANCIS

    Judge: Hon. Carla E. Craig

                Debtor.


-------------------------------------------------------------------X
GUSTAVIA HOME, LLC,               Ad Proc. No.: 1-19-01097-cec

                Plaintiff,

         -against-

BANK OF AMERICA, N.A.; DEUTSCHE BANK
NATIONAL TRUST COMPANY AS TRUSTEE
UNDER THE POOLING AND SERVICING
AGREEMENT RELATED TO IMPAC SECURED
ASSETS CORP., MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-3,

                Defendant.

-------------------------------------------------------------------X

## NOTICE OF REJECTION OF MOTION AS UNTIMELY

Gustavia Home, LLC ("Gustavia"), as Plaintiff herein, hereby rejects Defendant Bank of

America, N.A.'s ("BANA") Motion to Dismiss Plaintiff's Adversary Complaint (the "Motion to

Dismiss") as untimely pursuant to Fed. R. Civ. Pro. 12(a)(1)(i). The Motion to Dismiss was filed

as ECF Document Numbers 4 and 5. Copies of the rejected Motion to Dismiss are annexed hereto

as **Exhibit A**. BANA was personally served with the Summons and Notice of Pretrial Conference

and the Complaint in the instant adversary proceeding on July 25, 2019. *See,* ECF Doc. No.: 6.

Thus, BANA's time to answer or move expired twenty one (21) days later on August 15, 2019.

The Motion to Dismiss was not filed until August 21, 2019.

1

Dated: New York, New York
      August 22, 2019

**HASBANI & LIGHT, P.C.**

*/s/ Seth D. Weinberg*
Seth D. Weinberg, Esq.
*Counsel for Plaintiff*
450 Seventh Avenue, Ste 1408
New York, NY 10123
212.643.6677
sweinberg@hasbanilight.com