**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 13 |
| CHERRY FRANCIS, | Case No.: 1-19-43235-cec |
| Debtor. | |
| GUSTAVIA HOME, LLC, | Adv. Proc. No.: 1-19-01097-cec |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATED TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-3, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned hereby withdraws her appearance in this case on behalf of Secured Creditor Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 sued incorrectly herein as Deutsche Bank National Trust Company As Trustee Under The Pooling and Servicing Agreement Related to Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-3 ("Deutsche Bank") in the above-captioned matter, and requests to be removed from all service lists. Deutsche Bank continues to be represented by Karena J. Straub, Esq. of Parker Ibrahim & Berg LLP.

6130186.3

Dated: August 26, 2019

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendant,*
Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 sued incorrectly herein as Deutsche Bank National Trust Company As Trustee Under The Pooling and Servicing Agreement Related to Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-3

By: */s/ Rachel G. Packer*
Rachel G. Packer, Esq.
5 Penn Plaza, Suite 2371
New York, New York 10001
Tel.: (212) 596-7037
Fax: (212) 596-7036
Email: rachel.packer@piblaw.com

*Please respond to Somerset office:*

270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Tel. (908) 725-9700
Fax (908) 333-6230

6130186.3