

Seth D. Weinberg, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
sweinberg@hasbanilight.com

August 28, 2019

**VIA ECF**
Clerk of the U.S. Bankruptcy Court,
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

        **RE:** *Gustavia Home, LLC v. Bank of America, N.A. et al.,*
              **Ad Proc. No.: 19-01097(CEC)**
              **Issuance of Supplemental Summons**

Dear Clerk,

We represent the Plaintiff, Gustavia Home, LLC in the above referenced adversary proceeding. We write at your direction to request that the Clerk issue a supplemental summons. On August 22, 2019, we filed an Amended Complaint. *See* ECF Doc. No.: 8. Earlier today we called and inquired as to the Clerk's issuance of a supplemental summons. We were advised to file a letter and request the issuance of said supplemental summons. We thank you for your attention to this matter.

Please do not hesitate to contact us with any questions.

                                              Respectfully,

                                              */s/ Seth D. Weinberg*