# PARKER IBRAHIM & BERG LLP

Writer's Direct Contact:
908.300.4071 (Tel.)
212.596.7036 (Fax)
karena.straub@piblaw.com

www.piblaw.com

April 28, 2020

<u>**VIA ECF**</u>
Hon. Carla E. Craig, U.S.B.J.
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, New York 11201-1800

    **Re:** <u>**Gustavia Home, LLC v. Deutsche Bank National Trust Company, et al**
       **Adversary Pro. No.: 19-01097-cec**</u>

Dear Judge Craig:

  This firm represents Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 sued incorrectly herein as Deutsche Bank National Trust Company As Trustee Under The Pooling and Servicing Agreement Related to Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-3 ("Defendant") in the above referenced matter. We write in response to Plaintiff Gustavia Home, LLC's ("Plaintiff") April 22, 2020 request to amend the current Scheduling Order.

  On April 22, 2020, during Plaintiff's deposition of Defendant's corporate witness, the witness noted that additional documents, which had not been located or reviewed, may be in existence. Plaintiff requested production of any such records during the deposition and, on April 24, 2020, Plaintiff issued formal supplemental discovery demands. Concurrent with a copy of this correspondence, Defendant is providing Plaintiff with its responses and supplemental production. Accordingly, as Defendant has been able to provide such responses within a reasonable time and prior to the dates established in the briefing schedule, Defendant respectfully submits that alteration to this Court's Scheduling Order is unnecessary.

  Thank you for your kind consideration in this matter. If you have any questions in this regard, please do not hesitate to have Your Chambers contact me. Thank you.

                Respectfully submitted,

                Karena J. Straub

cc: Seth D. Weinberg, Esq. (via ECF & Email)

New York Office
5 Penn Plaza – 23rd Floor – New York, NY 10001 – 212.596.7037

New Jersey Office
270 Davidson Avenue – Somerset, NJ 08873 – 908.725.9700

BOSTON – CHICAGO – NEW JERSEY – NEW YORK – ORANGE COUNTY – PHILADELPHIA