K

**CONFIDENTIAL**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:

CHERRY FRANCIS a/k/a Cherry J. Francis,
                            Debtor.

                    Case No. 1-19-43235-CEC

_____

GUSTAVIA HOME, LLC,

                                  Plaintiff,
                    Adv. Pro. No.: 1-19-01097-cec
          v.

(CEC) DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT
RELATED TO IMPAC SECURED ASSETS CORP., MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-3,

                                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x

                              Web Conference

                              April 22, 2020
                              10:10 A.M.


                    DEPOSITION OF PATRICK

PITTMAN, testifying on behalf of the Defendant in

the above-entitled action, taken by the attorney for

the Plaintiff, pursuant to Court Order, held via web

conference before Andrea Bloecker, a Notary Public

within and for the State of New York, at the above

time and place.

```
 1                **CONFIDENTIAL**              2

 2   A P P E A R A N C E S:

 3

 4       HASBANI & LIGHT, P.C.
                 Attorneys for Plaintiff
 5               450 Seventh Avenue, Suite 1408
                 New York, New York  10123
 6
         BY:   SETH D. WEINBERG, ESQ.
 7

 8

         PARKER IBRAHIM & BERG, LLP
 9               Attorneys for Defendant
                 Five Penn Plaza, Suite 2371
10               New York, New York  10001

11       BY:   KARENA J. STRAUB, ESQ.
                 ROBERT POLLOCK, ESQ.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    **CONFIDENTIAL**                    3

 2      221 UNIFORM RULES FOR THE CONDUCT OF DEPOSITIONS

 3

 4   221.1 OBJECTIONS AT DEPOSITIONS

 5        (a) Objections in general.  No objections shall
     be made at a deposition except those which, pursuant
 6   to subdivision (b), (c) or (d) of Rule 3115 of the
     Civil Practice Law and Rules, would be waived if not
 7   interposed, and except in compliance with
     subdivision (e) of such rule.  All objections made
 8   at a deposition shall be noted by the officer before
     whom the deposition is taken, and the answer shall
 9   be given and the deposition shall proceed subject to
     the objections and to the right of a person to apply
10   for appropriate relief pursuant to Article 31 of the
     CPLR.
11        (b)  Speaking objections restricted.  Every
     objection raised during a deposition shall be stated
12   succinctly and framed so as not to suggest an answer
     to the deponent and, at the request of the
13   questioning attorney, shall include a clear
     statement as to any defect in form or other basis of
14   error or irregularity.  Except to the extent
     permitted by CPLR Rule 3115 or by this rule, during
15   the course of the examination, persons in attendance
     shall to make statements or comments that interfere
16   with the questioning.

17   221.2 REFUSAL TO ANSWER WHEN AN OBJECTION IS MADE

18        A deponent shall answer all questions at a
     deposition, except (i)  to preserve a privilege or
19   right of confidentiality, (ii)  to enforce a
     limitation set forth in an order of the court, or
20   (iii)  when the question is plainly improper and
     would, if answered, cause significant prejudice to
21   any person.  An attorney shall not direct a deponent
     not to answer except as provided in CPLR Rule 3115
22   or this subdivision.  Any refusal to answer or
     direction not to answer shall be accompanied by a
23   succinct and clear statement of the basis therefore.
     If the deponent does not answer a question, the
24   examining party shall have the right to complete the
     remainder of the deposition.

25
```

```
 1                    **CONFIDENTIAL**                    4

 2       221 UNIFORM RULES FOR THE CONDUCT OF DEPOSITIONS

 3

 4    221.3 COMMUNICATION WITH THE DEPONENT

 5          An attorney shall not interrupt the deposition
      for the purpose of communication with the deponent
 6    unless all parties consent or the communication is
      made for the purpose of determining whether the
 7    question should not be answered on the grounds set
      forth in Section 221.2 of these rules and, in such
 8    event, the reason for the communication shall be
      stated for the record succinctly and clearly.
 9

10          IT IS STIPULATED AND AGREED that the transcript
      may be signed before a Notary Public with the same
11    force and effect as if signed before a clerk or a
      Judge of the court.
12
            IT IS FURTHER STIPULATED AND AGREED that the
13    examination before trial may be utilized for all
      purposes as provided by the CPLR.
14
            IT IS FURTHER STIPULATED AND AGREED that all
15    rights provided to all parties by the CPLR cannot be
      deemed waived and the appropriate sections of the
16    CPLR shall be controlling with respect here to.

17          IT IS FURTHER STIPULATED AND AGREED that by and
      between the attorneys for the respective parties
18    hereto that a copy of the examination shall be
      furnished, without charge, to the attorneys
19    representing the witness testifying herein.

20

21

22

23

24

25
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        5

 2                    (Whereupon, Defendant's Responses

 3              and Objections to Plaintiff's First

 4              Request for Production of Documents was

 5              premarked as Plaintiff's Exhibit 1, for

 6              identification, as of this date.)

 7                    (Whereupon, a Proof of Claim was

 8              premarked as Plaintiff's Exhibit 2, for

 9              identification, as of this date.)

10                    (Whereupon, an escrow analysis was

11              premarked as Plaintiff's Exhibit 3, for

12              identification, as of this date.)

13                    (Whereupon, an adjustable rate note

14              was premarked as Plaintiff's Exhibit 4,

15              for identification, as of this date.)

16                    (Whereupon, a first loan

17              modification was premarked as

18              Plaintiff's Exhibit 5, for

19              identification, as of this date.)

20                    (Whereupon, a second loan

21              modification was premarked as

22              Plaintiff's Exhibit 6, for

23              identification, as of this date.)

24                    (Whereupon, a mortgage and

25              assignment of mortgage was premarked as
```

1              PATRICK PITTMAN - CONFIDENTIAL        6

2         Plaintiff's Exhibit 7, for

3         identification, as of this date.)

4              (Whereupon, a loan modification

5         analysis was premarked as Plaintiff's

6         Exhibit 8, for identification, as of this

7         date.)

8              (Whereupon, an adjustable rate

9         mortgage interest rate adjustment notice

10        was premarked as Plaintiff's Exhibit 9,

11        for identification, as of this date.)

12             (Whereupon, a Bank of America

13        payment history was premarked as

14        Plaintiff's Exhibit 10, for

15        identification, as of this date.)

16             THE REPORTER:  Before I swear in

17        the witness, I will ask each counsel to

18        stipulate on the record that due to the

19        current national emergency regarding the

20        coronavirus that I may swear in the

21        witness even though I am not physically

22        in the presence of the witness and that

23        there is no objection to that at this

24        time, nor will there be an objection to

25        it at the future date.

```
 1                PATRICK PITTMAN - CONFIDENTIAL          7
 2                    MR. WEINBERG:  Yes, that's fine.
 3                    MS. STRAUB:  Yes.
 4                    THE REPORTER:  Ms. Straub, can you
 5            represent that to the best of your
 6            knowledge and belief the witness
 7            appearing today via web conference is in
 8            fact Patrick Pittman?
 9                    MS. STRAUB:  Yes, I can.
10                        -oOo-
11    P A T R I C K    P I T T M A N,  having been first
12       duly sworn by a Notary Public of the State of
13       New York, was examined and testified as follows:
14    EXAMINATION BY
15    PATRICK PITTMAN, ESQ.:
16       Q      State your name for the record, please.
17       A      Patrick Pittman.
18       Q      State your address for the record,
19    please.
20       A      3417 Decker Lake Drive, Salt Lake City,
21    Utah  84119.
22       Q      Good morning.  My name is Seth Weinberg.
23    I'm an attorney for the plaintiff, Gustavia Home,
24    LLC, in this adversary proceeding.
25                    Before we begin, I'd like to let you know
```

| | | |
|---|---|---|
| 1 | PATRICK PITTMAN - CONFIDENTIAL | 8 |

2   a few ground rules for this deposition.  If you

3   don't understand a question, I ask you to please let

4   me know immediately.

5            Do you understand?

6   A    Yes.

7   Q    Please make sure that all of your

8   responses are verbal.  The court reporter cannot

9   take down nods or gestures.  Please allow me to

10   finish a question before answering.

11            Do you understand?

12   A    Yes.

13   Q    The court reporter cannot take down both

14   of us speaking at the same time.  Please wait until

15   I'm finished asking my question before you begin

16   your response.

17            Do you understand?

18   A    Yes.

19   Q    If you need to take a break at any time,

20   tell me and we'll take a break.  I only ask that you

21   answer any pending questions before we take a break.

22            Do you understand?

23   A    Yes.

24   Q    Mr. Pittman, have you taken any

25   medication, drugs or had any alcohol within the last

1              PATRICK PITTMAN - CONFIDENTIAL              9

2    24 hours that would impair your ability to testify

3    here today?

4         A      No.

5         Q      Mr. Pittman, why were you designated as

6    the person to sit for this deposition?

7         A      Why was I designated?

8         Q      Yes.

9         A      Because I've done depositions before.

10        Q      Specific to this case is there a reason

11   why you were selected?

12        A      Not that I'm aware.

13        Q      Are you an employee of the defendant

14   Deutsche Bank National Trust Company as Trustee

15   Under the Pooling and Servicing Agreement Related to

16   Impac Secured Assets Corp., Mortgage Pass-Through

17   Certificates Series 2006-3?

18        A      I'm an employee at Select Portfolio

19   Servicing, who is our client.  We are their agent

20   and attorney-in-fact.

21        Q      Select Portfolio Servicing agent and

22   attorney-in-fact for who?

23        A      For the defendant in this matter.  For

24   Deutsche Bank.

25        Q      Is there some sort of documentation that

1

2    discusses that relationship?

3    A    We have power of attorney.

4    Q    Do you have a copy of that power of

5    attorney with you?

6    A    No.

7    Q    Has your counsel been provided a copy of

8    that power of attorney?

9    A    I believe so.

10           MR. WEINBERG:  I would like that

11           power of attorney to please be

12           produced.

13           MS. STRAUB:  It's marked.

14   Q    Mr. Pittman, have you reviewed that power

15   of attorney?

16   A    I have seen it before, yes.

17   Q    What does it state as to the relationship

18   between Select Portfolio Servicing and the

19   defendant?

20   A    Deutsche Bank, it reflects our assignment

21   as servicing agent and attorney-in-fact on their

22   behalf.

23   Q    When was it effective?  When did it

24   become effective?

25   A    I believe it was December 2016 or January

1              PATRICK PITTMAN - CONFIDENTIAL        11

2    2017.

3        Q        Is Select Portfolio Servicing the master

4    servicer?

5        A        I don't know if we currently are but at

6    the time I believe we were subservicing but it would

7    be reflected on the power of attorney itself.

8        Q        The relationship would be reflected on

9    the power of attorney?

10       A        Yes.

11       Q        The power of attorney would reflect if

12   you're the master servicer or the subservicer?

13       A        Or servicer.  I believe it reflects that

14   we're the servicer and we have -- we've been

15   appointed attorney-in-fact.

16       Q        Have you reviewed the pooling and

17   servicing agreement?

18       A        For this, no.

19       Q        Is there a pooling and servicing

20   agreement?

21       A        I believe there is, yes.

22       Q        You believe there is one but you haven't

23   reviewed it?

24       A        I may have reviewed it before for other

25   parties for which we're servicing on behalf of our

```
 1              PATRICK PITTMAN - CONFIDENTIAL        12

 2    clients but regarding this matter I did not review

 3    the pooling and servicing agreement.

 4                   MR. WEINBERG:  I'd like to demand a

 5              copy of the pooling and servicing

 6              agreement as well.

 7         Q     Mr. Pittman, how did you prepare for the

 8    deposition today?

 9         A     Reviewed those documents that I believe

10    were a part of production for today's matter.

11         Q     Did you speak with anyone to prepare for

12    the deposition?

13         A     Outside of counsel, no.

14         Q     So you just spoke to counsel at Parker

15    Ibrahim?

16         A     That is correct.

17         Q     To whom did you speak?

18         A     I spoke to both counsel that's a part of

19    today's video call.

20         Q     So you spoke to Mr. Pollock and also to

21    Karena?

22         A     That's correct.

23         Q     Other than the documents that were

24    produced in the document production, there are no

25    documents that you reviewed for this today?
```

PATRICK PITTMAN - CONFIDENTIAL        13

1

2      A      Not that I recall, but as we go down this

3   deposition, I'll probably remember the extent of the

4   documents that I reviewed.

5      Q      There was no review of an internal loan

6   file?

7      A      I reviewed documents that were a part of

8   our business records so it depends on which

9   documents you're specifically speaking of.

10      Q      I understand.

11             So were those electronically imaged

12   documents or hard copy documents?

13      A      They were soft copy.

14      Q      I'm sorry, what?

15      A      Soft copy documents.  Imaged.

16      Q      I'm sorry, I'm not familiar with the term

17   soft copy.  Does that mean it's a computer image?

18      A      Computer image, that's correct.

19      Q      Okay.  Thank you.

20             So you don't recall exactly what

21   documents that you reviewed, you just know that they

22   were documents that were reviewed on the computer

23   servers?

24      A      That's correct.  I basically reviewed

25   those documents that were a part of today's

1              PATRICK PITTMAN - CONFIDENTIAL         14

2     matter.

3        Q      Do you have copies of all those documents

4     with you today that you reviewed?

5        A      I have no copies with me today.

6               MR. WEINBERG:  I'd like to call for

7               production of whatever was reviewed in

8               preparation in addition to what has

9               already been produced.

10       Q      Mr. Pittman, what are the names of the

11    borrowers that relate to the loan that Deutsche Bank

12    allegedly owns?

13       A      Cherry Francis.

14       Q      Do your records indicate if Cherry

15    Francis goes by any other names or aliases?

16       A      Not that I recall.

17       Q      What is the property address that the

18    mortgage allegedly secures?

19       A      I don't remember the street number, but I

20    do recall it's in Jamaica, Queens, and I believe

21    it's on 155th Street, but I don't recall the

22    property number.

23       Q      Okay.  That's fine.

24              Do you know who currently owns this

25    loan?

```
 1              PATRICK PITTMAN - CONFIDENTIAL        15

 2       A      Can you define ownership.

 3       Q      Who has physical possession of the

 4  endorsed note?

 5       A      Select Portfolio Servicing does on behalf

 6  of Deutsche Bank who is trustee to the trust.

 7       Q      So Select Portfolio Servicing has

 8  physical possession?

 9       A      Select Portfolio Servicing has either

10  physical possession or it's being held by an agent

11  on behalf of SPF.  I did not seek the location of

12  the note but I do reflect that it's notated within

13  our system that Select Portfolio Servicing was in

14  receipt of the note.

15       Q      Is that a standard practice for Select

16  Portfolio Servicing?

17       A      Is what a standard practice?

18       Q      To hold endorsed notes on behalf of

19  securitized trusts.

20       A      It's a standard practice that any

21  servicer who has -- who's attorney-in-fact for their

22  clients can hold the original documents either

23  physically themselves or through an agent that they

24  have hired to do so.

25       Q      So is Select Portfolio Servicing the
```

1    custodian?

2

3       A       I don't recall who the custodian is for

4    the pooling and servicing agreement.  However, I did

5    state that we are servicing agent and attorney-in-

6    fact for Deutsche Bank.

7       Q       So is there some sort of custodial letter

8    that is in effect that states when Select Portfolio

9    Servicing took possession of the note?

10      A       Well, again, there's a power of attorney

11   that's from either December of 2016 or January 2017

12   that reflects our role with the trustee for the

13   trust.

14      Q       Okay, but is there a specific document

15   that memorializes when Select Portfolio Servicing

16   took physical possession of the note?

17      A       Not that I'm aware of.

18      Q       Why are you under the impression that

19   Select Portfolio Servicing has physical possession

20   of the note?

21      A       Either physical possession of the note or

22   possession of the note through one of our vendors is

23   what I stated earlier and I have that understanding

24   because we are servicing this loan on behalf of

25   Deutsche Bank and that is one of the requirements

1          PATRICK PITTMAN - CONFIDENTIAL          17

2    for servicers is to make sure that the note --

3    original note is in its proper place.

4         Q     If Select Portfolio Servicing was not in

5    physical possession, who would the vendor be that is

6    in physical possession?

7         A     Well, it depends.  It depends because, as

8    I stated, an agent on behalf of the servicer could

9    also be holding the note on behalf of the trustee

10   for the trust, whether it's counsel or whether it's

11   some document control office that has been hired on

12   behalf of the servicer.

13        Q     So is it fair to say that you're not a

14   hundred percent sure where the note is at this

15   point?

16        A     It's fair to say that I did not look for

17   the location of the original note but because we

18   have been servicing this loan for three years I have

19   no doubt that we either are in possession of the

20   original note or it's being held by counsel, hired

21   counsel by SPS, or one of our document control units

22   within SPS.

23        Q     The standard practice is that there is

24   not some sort of custodial letter that states where

25   the note currently is?

```
 1              PATRICK PITTMAN - CONFIDENTIAL        18

 2      A      The standard practice is that the

 3  servicer would be aware of the location of the

 4  original note.

 5      Q      Okay.

 6             I'm just trying to ascertain how we can

 7  get the information as to where the original note

 8  is.

 9      A      Well, you can request that additional

10  information if you would like, but I did not search

11  for the location of the original note.

12      Q      Okay.

13             So you stated you're employed by Select

14  Portfolio Servicing.  I'm just going to from this

15  point forward refer to them as SPS.

16             Is that okay?

17      A      Yes.

18      Q      Your pay stubs come from SPS?

19      A      I'm employed by SPS.

20      Q      What is your official position?

21      A      Litigation director.

22      Q      What types of things is a litigation

23  director at SPS responsible for?

24      A      I assist with the management of files

25  that we're servicing on behalf of our clients that
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        19

 2    are in litigation status.

 3        Q      Can you elaborate on what exactly that

 4    means?

 5        A      Well, I can give you an example of what

 6    that means.

 7        Q      That would be fine.

 8        A      I'm here doing -- being deposed for this

 9    matter.

10        Q      Is there some sort of differentiation

11    between -- I guess I'm trying -- what is SPS's

12    definition of a litigated matter?  I guess that's my

13    question.

14        A      Well, if there's any one of our loans

15    that we're servicing is being contested legally, any

16    claims that -- excuse me -- any complaints that have

17    been filed, I'm one of the ones who can attend a

18    trial for that matter or a deposition for that

19    matter, as I am here today.

20        Q      How long have you been employed by SPS?

21        A      Since 2002.

22        Q      Did you start as a litigation director at

23    SPS?

24        A      I did not.

25        Q      What were your prior positions?
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL      20

 2      A       REO manager and REO director.

 3      Q       Before working at SPS, for whom did you

 4  work?

 5      A       Freddie Mac.

 6      Q       For how long did you work at Freddie

 7  Mac?

 8      A       Approximately 11 years.

 9      Q       Just for timeline purposes, that was from

10  what year to what year, approximately?

11      A       '91 to 2002.

12      Q       What positions did you hold at Freddie

13  Mac?

14      A       REO manager.

15      Q       Prior to working at Freddie Mac, where

16  were you employed?

17      A       That was it, no other.

18      Q       That was it?

19      A       Yes.

20      Q       You were in school before working at

21  Freddie Mac or some other position outside of real

22  estate?

23      A       College.

24      Q       College, understood.

25              So you previous stated that SPS is the
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        21

 2    servicer for the defendant Deutsche Bank National

 3    Trust Company, that's correct, right?

 4        A     Yes.

 5        Q     At what point did SPS become the

 6    servicer?

 7        A     December 2016.

 8        Q     Prior to SPS becoming the servicer, who

 9    was the servicer for this loan?

10        A     Bank of America.

11        Q     Do you have any indication from what

12    dates Bank of America was the servicer?

13        A     I don't recall the date Bank of America

14    became the servicer, but I do recall that this

15    originated in 2006 and I believe it was placed into

16    a trust that same year, actually I believe the very

17    next month or so.

18        Q     Was there a servicer in place prior to

19    Bank of America?

20        A     Well, there was the original lender Impac

21    Funding.  I don't know if they were servicing it

22    themselves or if they even had it long enough to be

23    able to service it in collecting payments, but the

24    trust was created in, I believe, September of

25    2006.
```

```
1              PATRICK PITTMAN - CONFIDENTIAL         22
2      Q      So Bank of America was the initial
3  servicer following the originator?
4      A      I would say so.  I'm not too sure
5  though.
6      Q      Have you ever worked at Bank of
7  America?
8      A      No.
9      Q      Are you familiar with Bank of America's
10  internal procedures, any of them?
11      A      Generally, yes, I am.
12      Q      You're generally familiar with Bank of
13  America's procedures?
14      A      Yes.
15      Q      How so?
16      A      I've been trained by Bank of America.
17      Q      Could you speak to that?  How have you
18  been trained by Bank of America?
19      A      I've trained through a initial webinar on
20  Bank of America's practices and procedures for
21  servicing and we continuously get refresher courses
22  on those practices.
23      Q      So you would say that you're familiar
24  with their practices and procedures?
25      A      Yes.
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        23

 2      Q      How does SPS store its loan records?

 3      A      We have an imaging system for which

 4   documents are scanned and placed into our imaging

 5   system.

 6      Q      Do you have access to that imaging

 7   system?

 8      A      Yes.

 9      Q      Is there a procedure in place for how

10   documents are stored in that imaging system?

11      A      I believe there's a procedure that

12   reflects the steps in imaging documents.

13      Q      Do you know what those steps are?

14      A      Generally.

15      Q      Could you walk us through that process,

16   please?

17      A      What part of the process are you asking

18   about?

19      Q      The standard procedure for how those

20   documents are imaged.

21      A      Well, standard procedure would be that

22   the documents are scanned through one of our systems

23   and we have a department that overlooks that process

24   and ensures that the document is saved in its proper

25   place in our imaging system.
```

```
 1                 PATRICK PITTMAN - CONFIDENTIAL        24
 2       Q       Other than the imaging system, are there
 3    any other electronic records systems?
 4       A       There's just one imaging system.
 5       Q       Does that imaging system keep track of
 6    data for the loans, such as payment histories,
 7    expenditures, things of that nature?
 8       A       Yeah, the system that tracks payments and
 9    things of that nature, as you said, is our system
10    platform.
11       Q       Do you have access to the system
12    platform?
13       A       Yes, I do.
14       Q       You said you're generally familiar with
15    Bank of America's procedures for imaging documents.
16    Are you familiar with their procedures for their
17    system platform?
18       A       I've seen it before.
19       Q       Do you have an understanding of how they
20    maintain their data for each one?
21       A       It depends on what your specific question
22    is regarding that but it's a standard practice that
23    we also have that same practice.
24       Q       So SPS and Bank of America have the same
25    practice for tracking expenditures and payments and
```

```
 1                PATRICK PITTMAN - CONFIDENTIAL        25

 2    things like that?

 3        A       Same general practice, yes.

 4        Q       What is that general practice?

 5        A       Depends on which line you're speaking

 6    about.  You have to be more specific.

 7        Q       Let's talk about tracking payments by

 8    borrowers.

 9        A       They maintain -- SPS maintains a payment

10    history record which reflects all the payments that

11    have come in for that account.  They're notated

12    within that account.  They're looked at at the time

13    of the event by people of knowledge and that also is

14    the same as for payments that are made by the

15    servicer on behalf of the borrower for escrow

16    payments as taxes and insurance.  So the payment

17    histories reflect all disbursements, advances that

18    are made on that account

19        Q       Are those payment histories made

20    contemporaneously?

21        A       They're made near at the time of the

22    events.

23        Q       Are there imaged documents for

24    expenditures?

25        A       If any records come into the possession
```

1                 PATRICK PITTMAN - CONFIDENTIAL          26

2    of Bank of America as well as SPS for a particular

3    loan, those documents get imaged into the system.

4         Q      Are there documents, in this case, such

5    as receipts or wire transfer confirmations or proofs

6    of payment for escrow disbursements?

7         A      I did not seek receipts for escrow

8    amounts.

9         Q      You didn't seek receipts for escrow

10   amounts?

11        A      Well, let me change that.  I didn't look

12   for receipts, but I did see that escrow advances

13   were being made by the servicer.

14        Q      You're talking the current servicer, SPS,

15   or the prior servicer, Bank of America?

16        A      Both.

17        Q      How do you know that?

18        A      I reviewed the payment history.

19        Q      We'll talk more in depth about the

20   payment history but generally how do you know from

21   the payment history that escrow disbursements have

22   been made?

23        A      Because it reflects city taxes or

24   homeowners insurance on the payment history on the

25   line items that were used as -- to be notated that

1          PATRICK PITTMAN - CONFIDENTIAL          27

2    those payments were being made.

3       Q      Are there typically some sort of checks,

4    canceled checks, or payment receipts or confirmation

5    of payment receipt or wire transfers or any type of

6    record that's saved within SPS's service?

7       A      It depends.

8       Q      Is it kind of like the honor system,

9    where I tell you that I'm sending you a check and

10   even if you don't necessarily receive the check or I

11   don't necessarily send the check we're just supposed

12   to rely on oh, he said he sent it so he actually

13   paid it?

14      A      The servicer for the terms of the

15   mortgage usually is the ones that manage the escrow

16   payments on the account on behalf of the borrower so

17   that's not something that's a new process.  You

18   know, that's a process that's been going on for some

19   time, but it depends on the county, it depends on

20   the insurance office that's being worked with for

21   hazard insurance and that would possibly determine

22   what kind of backup that we would receive, if any,

23   from the -- from those companies.

24      Q      What's the backup in this case?

25      A      Again, I did not look for receipts of

1                  PATRICK PITTMAN - CONFIDENTIAL          28

2    escrow advances, but I did see on the reports that

3    escrow advances were made on this property.

4        Q    Sir, can you take a look for me at the

5    exhibit that has been marked as Exhibit 1.

6             Mr. Pittman, have you ever seen this

7    document?

8        A    I believe so.

9        Q    You believe you've seen this document.

10   If you haven't seen this document, has anyone else

11   at SPS seen this document?

12       A    I don't know who at SPS has seen any of

13   these documents, but I believe I've seen this

14   document before.

15       Q    I asked the question because you said

16   you're head of litigation.  This is a litigation

17   document so I'm just trying to ascertain who would

18   have reviewed this document.

19       A    Again, I don't recall if I reviewed this

20   document, but all I see is the header so maybe if we

21   could scroll down some I could determine whether or

22   not I've seen it.

23       Q    Sure.  Sure.  That sounds fair.

24             MR. WEINBERG:  Can you please

25             scroll.

```
 1              PATRICK PITTMAN - CONFIDENTIAL        29
 2                   THE WITNESS:  Okay, that's enough.
 3      A       I believe I have seen this document
 4   before.
 5      Q       Mr. Pittman, what is this document?
 6      A       It's titled Defendant's Responses and
 7   Objections to Plaintiff's First Request for
 8   Production of Documents.
 9      Q       If we scroll down to page six of Exhibit
10   1 and I direct your attention to response to request
11   number one.
12      A       Okay.
13      Q       Could you please read the first sentence
14   of that response.
15      A       In addition to the general objections
16   above, defendant objects to this demand as overly
17   broad, unduly burdensome, and not reasonably
18   calculated to lead to the discovery of relevant,
19   admissible evidence.
20      Q       Mr. Pittman, what does unduly burdensome
21   mean?
22                   MS. STRAUB:  Objection.  Calls for
23                   a legal conclusion.
24                   He can answer if he knows.
25      A       I believe that's a legal term and it
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL       30
 2   would require a legal response.
 3       Q      Mr. Pittman, did you have any
 4   participation in preparing this response?
 5       A      Not that I recall.
 6       Q      Do you know who at SPS would have had
 7   participation in preparing this response?
 8       A      No.
 9       Q      Is there a system of internal comments at
10   SPS which tracks individuals that are working on
11   certain files?
12       A      Yes.
13       Q      Would that system of internal comments
14   indicate who took part in the preparation of this
15   response?
16       A      I don't know.  I did not seek that
17   information.
18       Q      Does it typically?
19       A      I guess it could, but I don't know that
20   it does for this.
21       Q      I asked that question because you said
22   you're head of litigation.  I'm assuming that there
23   has to be a procedure in place for preparation of
24   discovery responses.  Is there a procedure in place?
25       A      Correction.  I did not state that I was
```

1                PATRICK PITTMAN - CONFIDENTIAL          31

2    the head of any department.  I gave you my title at

3    SPS, which is litigation director.

4        Q     Sorry.  Litigation director.

5              As litigation director, are you aware of

6    an internal procedure for the preparation of

7    discovery responses.

8        A     I have been a part of that process

9    before.

10       Q     Is there a procedure in place?

11       A     Normally we'll get the information from

12   counsel.  I'm not sure what the process was for this

13   particular matter, but I don't doubt that it

14   followed our general practices for it.

15       Q     Did counsel prepare this, this

16   response?

17       A     I don't know.  I mean I haven't seen the

18   signature at the bottom to see who signed it, but,

19   again, I don't have any reason to believe that this

20   did not follow our general practice.

21       Q     Sure.

22             Could you speak to what the general

23   practice is?

24       A     It would be received by opposing counsel

25   and reviewed by our internal personnel and then

1              PATRICK PITTMAN - CONFIDENTIAL              32

2    signed off on.  If any changes need to be made,

3    those changes would be made prior to this being

4    admitted as a request for production.

5        Q     Your counsel drafts the response, that's

6    correct?

7        A     They can, yes.

8        Q     Then they send it to your litigation

9    department for approval, is that accurate?

10       A     Can the document be scrolled down to the

11   signature page.

12       Q     Sure.

13             MR. WEINBERG:  Can you please

14             scroll down to the signature page.

15             THE WITNESS:  Can you go back to

16             the top of this particular page.

17             MR. WEINBERG:  Thank you.

18       A     Okay.

19       Q     Do you have any recollection of

20   participating in the preparation of this document?

21       A     No.  I wanted to see who signed off on

22   the document, whose signature was reflected on this

23   last page.  That's the reason why I wanted to see

24   this page.  That was it.

25       Q     Whose signature is on this page?

```
1              PATRICK PITTMAN - CONFIDENTIAL        33

2       A      Our counsel, Karena J., last name spelled

3    S-t-r-a-u-b, and the date of the document shows to

4    be February 28, 2020.

5       Q      I just want to direct you to Exhibit G,

6    which has been marked as 7.

7              Mr. Pittman, have you ever seen this

8    document?

9       A      Yes, I have.

10      Q      What is this document?

11      A      It's titled mortgage.

12      Q      I'm sorry, you cut out.  What did you

13   say?

14      A      It's titled mortgage.

15      Q      What is the date of this document?

16      A      August 25, 2006.

17      Q      Who is the borrower?

18      A      The borrower's name is Cherry Francis, a

19   married woman, and then written under that is James

20   France.

21      Q      Do you have any indication why James

22   France is handwritten in?

23      A      I do not.

24      Q      Who is the lender on this mortgage?

25      A      In section D, it's reflected that the
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        34

 2    lender is Impac Funding Corporation.

 3        Q      Do you have any indication from your

 4    review of the loan file if this loan is insured by

 5    FHA?

 6        A      I am not.

 7        Q      Would the loan file typically indicate if

 8    a SPS loan was insured by FHA?

 9        A      Yes, but I did not seek that

10    information.

11        Q      If asked, you could find it?

12        A      Yes.

13        Q      Is there any indication if this loan is

14    owned by or backed by Fannie Mae or Freddie Mac?

15        A      Not that I recall.

16        Q      Would SPS's internal records typically

17    indicate if it was?

18        A      Yes.

19        Q      So if we requested that information you'd

20    be able to provide it?

21        A      That information could be provided.

22        Q      Referring back to Exhibit 7, how much

23    money did this mortgage secure?

24        A      $371,250.

25        Q      Referring back to this exhibit, what was
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        35

 2   the address of the property securing the mortgage?

 3       A      Address reflected is 115-45 155th Street,

 4   Jamaica, New York, ZIP code 11435.

 5       Q      Does this address match SPS's internal

 6   records?

 7       A      As the subject property address, yes.

 8       Q      I direct you to what has been marked as

 9   Plaintiff's 4, please.

10              Mr. Pittman, have you ever seen this

11   document?

12       A      Yes, I have.

13       Q      Can you identify this document?

14       A      Yes.  It's a copy of the adjustable rate

15   note.

16       Q      What is the date of this document?

17       A      The same date of the mortgage, August 25,

18   2006.

19       Q      Who is the originator of the note?

20       A      The reflected lender is Impac Funding

21   Corporation.

22       Q      Mr. Pittman, how many pages is this

23   document?

24       A      (No response)

25       Q      Do you need us to scroll through it?
```

```
 1                PATRICK PITTMAN - CONFIDENTIAL          36

 2      A      Well, the page number reflects that

 3  there's 11 pages of this document.  I haven't

 4  counted the document myself, but it says -- it

 5  reflects there being 11 pages.

 6      Q      How many pages is the note itself?

 7      A      I have to go through it then.

 8      Q      All right.  Let's go through it.

 9                   MR. WEINBERG:  Can we please scroll

10              through the note.

11      A      There seem to be 10 pages in this

12  document.

13                   THE WITNESS:  Can you go to the

14              first page.  I'm sorry.

15      A      There seem to be 10 pages in this

16  document, 11 pages if you count the cover page that

17  is Exhibit D.

18      Q      You're saying there are eleven pages if

19  you count the page that states D on the front of

20  it?

21      A      Yes.

22                   MR. WEINBERG:  Can we please go to

23              the sixth page of this exhibit.

24      Q      Mr. Pittman, is this a separate page?

25      A      What do you mean is it a separate page?
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL         37
 2        Q      Is this its own page?
 3        A      I believe this is --
 4               THE WITNESS:  Can you scroll back
 5               up just a little bit.
 6        A      Page seven is, I believe, a copy of the
 7    back page of page six.  So page six is the signature
 8    page.  I believe page seven is a copy of the back of
 9    that signature page that reflects that stamped
10    endorsement.
11        Q      Why do you believe that?
12        A      Because of the way it's copied and that's
13    usually what happens.  You're not gonna have just a
14    whole blank page with nothing on it except for a
15    stamp, the endorsement stamp.  That would be on the
16    back page, and it's commonly done this way.
17        Q      Have you seen the original note, the wet
18    ink note?
19        A      Not that I recall, and, again, I stated
20    that I did not seek the physical location of that
21    note, but I believe it is still in the possession of
22    the defendant in this matter.
23               MR. WEINBERG:  I would like to call
24               for production and inspection of the wet
25               ink note.
```

```
 1                 PATRICK PITTMAN - CONFIDENTIAL           38
 2                     If we could go back to the first
 3                 page of the copy of the note that was
 4                 produced.
 5         Q       What is the interest rate?
 6         A       It's 6.625 percent.
 7         Q       Is that a fixed rate?
 8         A       This is an adjustable rate note.
 9         Q       What does that mean?
10         A       Okay.
11                 Under section three, it states -- wait
12     just a second.  I'm reading it.
13         Q       Take your time.
14         A       In section 4A, it's titled change dates.
15     It reads, The interest rate I will pay may change on
16     the first day of September 2011 and may change on
17     that day every sixth month thereafter.  Each date on
18     which my interest rate could change is called a
19     change date.
20         Q       Do you have any indication how many times
21     the interest rate has adjusted on this loan?
22         A       I don't recall.  I believe there was
23     modifications on this loan.  I don't recall off the
24     top of my head if those modifications reflect a
25     interest rate change, but I do believe that one of
```

1          PATRICK PITTMAN - CONFIDENTIAL          39

2    the modifications was one that's at issue for

3    today's matter.

4        Q      We will definitely talk about the

5    modification, but do you have any records that

6    discuss interest rate adjustments prior to the

7    modifications?

8        A      Prior to the modifications?

9        Q      Yes, prior to the modifications.

10       A      Not that I'm aware of.

11       Q      In terms of the endorsed note itself, do

12   you have any internal records that discuss when the

13   note was first delivered to Deutsche Bank Nation

14   Trust Company?

15       A      I have no reason to believe that it was

16   not turned over to the trustee for the trust --

17   wait, let me change that.  I don't have any reason

18   to believe that the trustee for the trust did not --

19   was not in receipt of the original documents at the

20   time of -- at the time the trust was created, which,

21   again, I stated was September 2006.

22       Q      Are there any records that would indicate

23   when that delivery took place?

24       A      Again, I stated that I had not reviewed

25   the pooling and servicing agreement, which is where

```
 1                PATRICK PITTMAN - CONFIDENTIAL        40
 2    it could reflect that the documents were received by
 3    the closing or cutoff date reflected on those
 4    documents -- or the agreement.  Excuse me.
 5        Q     Are you very familiar with pooling and
 6    servicing agreements generally?
 7        A      Pooling and servicing agreements are
 8    basically a legal document so I would not be able to
 9    speak to it probably as much as you would like for
10    me to.
11        Q     I understand.
12              You're not sure who the custodian of the
13    note was at original delivery to Deutsche Bank?
14        A     I believe the pooling and servicing
15    agreement, for which, again, I have not reviewed,
16    would reflect the custodian.
17                  MR. WEINBERG:  Again I'd like to
18              demand a copy of the pooling and
19              servicing agreement.
20        Q     I'd like to direct you to the exhibit
21    marked as E or 5.
22              Mr. Pittman, are you familiar with this
23    document?
24        A     Well, the document --
25                  MR. WEINBERG:  Could we scroll to
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        41
 2              the next page, please.
 3                   THE WITNESS:  Can you slowly scroll
 4              all the way down to the last page.
 5      Q      Mr. Pittman, are you familiar with this
 6   document?
 7      A      I am.
 8      Q      What is this document?
 9      A      Loan modification and consolidation.
10      Q      What is the date of this document?
11      A      There's a document date of -- on the
12   recording and endorsement cover page of December 29,
13   2011.
14      Q      Who are the parties to this agreement?
15      A      Bank of America and the borrower, Cherry
16   Francis.
17                   MR. WEINBERG:  Can we scroll down,
18              please.
19      Q      This is the second page of Exhibit 5.
20   The bottom of it is labeled DBNT0058.
21              Mr. Pittman, what does it state the
22   original mortgage was on this loan?
23      A      $371,250.
24      Q      What does it state the new mortgage
25   amount was?
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL          42

 2       A       $500,860.44.

 3       Q       What does it state the unpaid principal

 4    balance is?

 5       A       $371,250.00.

 6       Q       What does it state the new money is?

 7       A       Well, the amount that's reflected

 8    underneath the unpaid principal amount is

 9    $129,610.44.

10       Q       What is your understanding of what the

11    term new money is or means?

12       A       Well, I believe that that -- I have no

13    understanding for the term new money, but that

14    amount is actually the capitalized amount.

15       Q       So new money means capitalized amount?

16       A       Well, I don't know what new money means

17    as there was no money that was added to this loan,

18    but a capitalized amount, which included the

19    outstanding debt of the insurance, taxes and

20    interest, and that amount is the $129,610.44

21    amount.

22       Q       Did the borrower, Cherry Francis, remain

23    current under this modification plan?

24       A       She is current.  I don't believe it's

25    under this modification plan.
```

```
 1                 PATRICK PITTMAN              43

 2      Q      So she's current in general right now on

 3   the loan?

 4      A      Yes, from what I recall.

 5      Q      Was there a subsequent loan

 6   modification?

 7      A      Yes.

 8      Q      I'd like to direct you to a document

 9   marked as Plaintiff's F or 6.

10             Mr. Pittman, are you familiar with this

11   document?

12                  THE WITNESS:  Can you keep

13             scrolling down, please.

14                  Okay.  I'm done.

15      Q      Are you familiar with this document?

16      A      Yes.

17      Q      What is this document?

18      A      It's a loan modification that was

19   executed in 2018.

20      Q      Who are the parties?

21      A      Select Portfolio Servicing and the

22   borrower, Cherry Francis.

23      Q      You stated that the borrower is current

24   under this modification?

25      A      As of today I believe she is but I didn't
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL          44

 2    look at the status.

 3         Q     I direct you to Plaintiff's H, which is

 4    marked as 8.  Mr. Pittman, can you take a look at

 5    Plaintiff's H, please.

 6         A     Okay.  This is the modification

 7    analysis.

 8         Q     You're familiar with this document?

 9         A     Yes, I am.

10         Q     Is this document an SPS record or Bank of

11    America record?

12         A     It's the record they received from Bank

13    of America incorporating this record into our

14    business records.

15         Q     You said it was incorporated into your

16    business records?

17         A     Yes.

18         Q     Can you explain what that means?

19         A     This is a Bank of America document as

20    they used this document during their -- no.  Excuse

21    me.  I'm sorry.  I said this was an SPS document.

22    This is an SPS document.

23         Q     This is an SPS document?

24         A     Wait a minute.  Just a second.

25               Okay.
```

1          PATRICK PITTMAN - CONFIDENTIAL        45

2              This is dated 2012.  So that signature in

3    2012.  So this was a Bank of America document, a

4    modification analysis.  SPS has it as it was a part

5    of the documents and data we received from Bank of

6    America at the time of the servicing transfer of

7    this loan from bank of America to Select Portfolio

8    Servicing.

9       Q       You said that that occurred on or around

10   what date?

11      A       We started servicing December 2016.

12      Q       Do you know Richard J. Pawson?

13      A       Not that I'm aware of.

14      Q       It says that he prepared this document.

15   Can you confirm that?

16      A       Outside of his signature that's reflected

17   I cannot.

18      Q       Do you know what the term prepared by

19   means in Bank of America's internal lingo?

20      A       Are you seeking a word that --

21      Q       I'm trying to ascertain what it means to

22   prepare a modification analysis for Bank of America.

23      A       I'm not sure what their term of prepared

24   by means, but generally it means the employee that

25   gathered all of the information that ran this

```
 1              PATRICK PITTMAN - CONFIDENTIAL        46
 2     analysis -- or, excuse me, the person that ran this
 3     analysis for the purposes of creating a modification
 4     for the borrower.
 5          Q      This analysis was for which
 6     modification?
 7          A      The modification that was December 2011,
 8     January 2012.
 9          Q      So this is a Bank of America document?
10          A      That is correct.
11          Q      How are you able to testify to the
12     accuracy of this document?
13          A      The accuracy of it?
14          Q      Yes.
15          A      Well, again, Select Portfolio Servicing,
16     who is currently servicing this loan, all
17     information that's received from the prior servicer
18     is reviewed, it's a data vetting process that all
19     the information goes through before SPS takes on any
20     loan, for the purposes of further servicing of that
21     loan.
22              This would have been one of the documents
23     that we would have received from Bank of America
24     that was reviewed for the purposes of us continuing
25     the servicing of this loan for the defendant in this
```

```
 1                PATRICK PITTMAN - CONFIDENTIAL        47
 2   matter.
 3             This document also reflects the same
 4   amount on the second page of this document that read
 5   new money, but I stated that was really the
 6   capitalized amount, but this document reflects that
 7   same amount of $129,610.44, and, as I stated, that
 8   includes lost interest, escrow payments, which are
 9   taxes and hazard insurance.
10       Q     So during the transition between
11   servicers there's someone at SPS who would review
12   this document for accuracy?
13       A     There's a department that reviews
14   documents for accuracy.
15       Q     In reviewing them for accuracy, what does
16   that mean?  What's the procedure?
17       A     Well, if there are any data discrepancies
18   that are found those discrepancies have to be cured
19   prior to that loan being able to be transferred to
20   SPS for the further servicing of the loan.
21       Q     So are you telling me that somebody went
22   through this document line by line with the other
23   servicing records to ensure that it was accurate?
24       A     I'm telling you that calculations were
25   done regarding -- calculations were done for payment
```

1          PATRICK PITTMAN - CONFIDENTIAL          48

2     histories and loan modification documents so

3     those -- so that the amounts that were sent over to

4     SPS were correct.

5          Q     Somebody at SPS reviewed this document to

6     ensure that the figures were correct?

7          A     Again, I believe this is one of the

8     documents that was received from Bank of America --

9     that were supercede from Bank of America for the

10    purposes of finding any data discrepancies and

11    calculations and if there are any data discrepancies

12    those discrepancies have to be cured prior to SPS

13    taking on the servicing of that loan.

14         Q     I'm just trying to understand how would

15    they determine if there was a data discrepancy.

16    What is a data discrepancy?

17         A     A data discrepancy could be a

18    miscalculation.

19         Q     Did they review this document to ensure

20    that these calculations were correct?

21         A     Again, this document was a part of the

22    documents that were received from Bank of America

23    for the purposes of taking the data and vetting the

24    data to make sure that there were no data

25    discrepancies in this loan.

```
 1              PATRICK PITTMAN - CONFIDENTIAL        49
 2      Q     So let me ask the question a different
 3   way.  Please correct me if I'm wrong.
 4            You previously testified that you're
 5   familiar with Bank of America's procedures for
 6   making business records, correct?
 7      A     I stated that I had a general knowledge
 8   of Bank of America's process and procedures for
 9   servicing loans due to my -- due to the training
10   that I received directly from Bank of America.
11      Q     Do you have a knowledge as to Bank of
12   America's procedures for performing modification
13   analysis?
14      A     I have a general knowledge as their
15   practices for creating such is very similar to the
16   practices that SPS has.
17      Q     Are there people in the department at SPS
18   that vet these documents that have a general
19   knowledge of Bank of America's procedures for
20   creating modification analysis?
21      A     It is a department, that is correct.
22      Q     Those individuals have such general
23   knowledge?
24      A     And work directly with Bank of America on
25   loans that do have data discrepancies that will not
```

1                  PATRICK PITTMAN - CONFIDENTIAL           50

2      be able to transfer to SPS for the further servicing

3      of that loan until those data discrepancies have

4      been cured.

5          Q      From your general knowledge of Bank of

6      America modification analysis, where do these

7      figures come from?

8          A      From their system platform, information

9      that's entered into their system platform for the

10     purposes of servicing this loan, and again I state

11     that that information is entered near at the time of

12     the events by persons of knowledge.  SPS rely on the

13     information that we receive from the prior servicer

14     for the purposes, again, of servicing that loan.

15         Q      Someone at Bank of America took these

16     figures from their internal servicing platform to

17     create this modification analysis?

18         A      Well, to determine -- to help determine

19     the kind of modification that the borrower would be

20     approved for.

21         Q      Okay.

22                There's a section entitled loan

23     breakdown.  Do you see where I'm looking?

24         A      Yes.

25         Q      Then there's a column that starts

```
 1              PATRICK PITTMAN - CONFIDENTIAL        51
 2   capitalizing.
 3       A     That's correct.
 4             And, again, that's the same amount that
 5   is reflected on that first page as new money, but,
 6   again, it's not new money.  That was the amounts
 7   that capitalized and there's just a reamortization
 8   of the existing debt.
 9       Q     Sure.
10             Can you read these figures from this
11   column for me, please.
12       A     From the last column?
13       Q     Yes, please.
14       A     Capitalizing, $129,610.44; number of
15   payments capped, 53; months capping, October 2007 to
16   February 2012; new effective date, March 1, 2012;
17   new UPB, $500,860.44; capped over original UPB,
18   $129,610.44; total cap fees, $1,361; total cap
19   escrow, $24,283.84; total fees and escrow,
20   $25,644.84; delinquent interest, $103,965.60.
21             Is that what you wanted me to read?
22       Q     Yes, thank you.
23             What is your understanding of what
24   constitutes total cap fees?
25       A     If you look over to the far left, you
```

1          PATRICK PITTMAN - CONFIDENTIAL          52

2     will see that first column that says late fee.  Then

3     you will see property inspection, $516.  You'll see

4     foreclosure, $200; recording fees, $35; title fees,

5     $400; court costs, $210, and I believe that added up

6     gives you the $1,361 for total cap fees.

7          Q      From your review of the imaged files,

8     have you seen any receipts for any of these

9     expenses?

10         A      As stated earlier in this deposition, I

11    did not review this loan seeking any receipts, but I

12    did review the payment history that reflects the

13    line items used to -- excuse me, that reflects the

14    inspections -- excuse me, that reflect the

15    interest -- lost interest, lost escrow amounts and

16    delinquent fees.

17         Q      Mr. Pittman, can I direct you back to

18    Exhibit A, which is Plaintiff's 1.  It's going to be

19    page seven of that document.

20                Could you read what's entitled request

21    number four, the bottom of that page.

22         A      All documents, checks, drafts, bank wire

23    transfer receipts evidencing any payment, made by

24    defendant or its predecessors in interest since

25    August 25, 2006 for local taxes, assessments, water

```
 1              PATRICK PITTMAN - CONFIDENTIAL        53

 2   rates, insurance premiums, inspections and other

 3   charges affecting property.

 4                  MR. WEINBERG:  Can we scroll down

 5            to page eight of that document.

 6       Q     Could you please read the response to

 7   request number four.

 8       A     In addition to the general objections

 9   above, defendant objects to the demand as overly

10   broad, unduly burdensome, and not reasonably

11   calculated to lead to the discovery of relevant,

12   admissible evidence.  Defendant further objects to

13   this demand to the extent it seeks information

14   concerning transactions and events other than those

15   which are relevant to this litigation.  Defendant

16   further objects to this demand to the extent it

17   seeks information concerning information that is

18   confidential, proprietary, or otherwise protected

19   from disclosure.  Defendant further objects to this

20   demand to the extent they seek the release of

21   information constituting non-public personal

22   financial information subject to protection under

23   the Gramm-Leach-Bliley Act.  Defendant further

24   objects to this demand to the extent it seeks the

25   production of documents protected by bank
```

```
1                PATRICK PITTMAN - CONFIDENTIAL          54
2   confidentiality laws or related law of foreign
3   nations, including, without limitation, laws or
4   regulations concerning data protection, privacy, and
5   bank secrecy, the disclosure of which would
6   contravene or violate laws or regulations, or expose
7   defendant to civil or criminal liability for
8   disclosures.
9              Subject to and without waiving the
10  foregoing objections, defendant refers to its Proof
11  of Claim, produced herewith, Bates number DBNT0001
12  through DBNT0065.  Defendant reserves the right to
13  amend and/or supplement its response to this demand
14  as it acquires additional information or
15  documents.
16      Q       Thank you, Mr. Pittman.
17              Did you have an opportunity to review the
18  Proof of Claim?
19      A       I have seen the Proof of Claim.
20      Q       Does the Proof of Claim contain any
21  checks, drafts, bank wire transfer receipts
22  evidencing any payment?
23      A       Not that I recall, but I would need to
24  see the Proof of Claim to determine that.
25      Q       In your review of SPS's imaged documents,
```

PATRICK PITTMAN - CONFIDENTIAL          55

1    have you seen any checks, drafts, bank wire transfer

2    receipts that evidence any payment of any of the

3    escrow items?

4         A       Again, I did not review the loan for any

5    receipts.  I reviewed the loan payment histories

6    that reflected the payments for fees, advances and

7    the reflection of lost interest.

8         Q       I guess the thing that I just don't

9    understand is we just went through request number

10   four, which specifically asked for those documents.

11   Why wasn't the loan reviewed for those documents?

12        A       I do not recall being a part of the

13   drafting of these requests.

14        Q       You were part of the preparation for this

15   deposition?

16        A       I was, and I reflected the information

17   that I did review prior to this deposition.

18        Q       Please correct me if I'm wrong.  You

19   stated that you reviewed the entire imaged file?

20        A       I never said that.

21        Q       Did you review the entire imaged file?

22        A       No.

23        Q       Do you think it's possible that there are

24   checks, drafts, bank wire transfer receipts that

2    evidence the escrow payments?

3                    MS. STRAUB:  Objection.  Calls for

4              speculation.  He can answer if he knows.

5        A      I do not know if it does or not.

6    However, it's no surprise that SPS or the prior

7    servicer, Bank of America, made payments to cover

8    for the escrow amounts because one example is the

9    loan or the property never went for tax sale.  It

10   was never lost to tax sale, and, again, per the

11   terms of the mortgage, SPS does manage the accounts

12   for escrows.

13       Q      Because the property never went to a tax

14   sale --

15       A      I said that that was an example.

16       Q      No, I understand that.  I'm just trying

17   to follow the logic.

18              So because the property never went

19   through a tax sale and SPS has a payment history

20   that says that it paid the taxes and the insurance

21   that's proof that SPS paid the taxes and the

22   insurance?

23       A      Bank of America also has a payment

24   history as well, but I gave an example that this

25   property never went to tax sale so obviously someone

1              PATRICK PITTMAN - CONFIDENTIAL              57

2    was paying the taxes.

3        Q      Obviously somebody was paying them but

4    how are you certain that Bank of America or SPS was

5    paying them?

6        A      Because I saw that it was in the payment

7    histories that escrow advancements were being made

8    on behalf of the borrower.

9        Q      But you haven't seen any documentation

10   that shows that payments were actually sent

11   anywhere?

12       A      There are documentation that reflects

13   that payments were made for the purposes of escrow,

14   taxes and insurance by the servicers.

15       Q      But you haven't seen any checks, drafts,

16   bank wire transfer receipts or any other evidence

17   that payments were actually submitted to any

18   municipalities?

19       A      Not stating that there is no other

20   further evidence but I just did not seek any

21   additional evidence outside of what's reflected

22   within the payment histories that those taxes and

23   insurance amounts were being paid by the servicer,

24   as reflected in the mortgage agreement.

25                    MS. WEINBERG:  We'd like you to

1              PATRICK PITTMAN - CONFIDENTIAL          58

2              consider this a further demand to please

3              re-review the imaged documents and

4              provide, as previously requested in

5              request four, all documents, checks,

6              drafts, bank wire transfer receipts

7              evidencing any payment made by defendant

8              or its predecessor in interest since

9              August 25, 2006 for local taxes,

10             assessments, water rates, insurance

11             premiums, inspections or any other

12             charges affecting the property.

13                  Karena, should I serve a formal

14             demand or could we stipulate to that?

15                  MS. STRAUB:  If you could just send

16             a letter outlining the list of what

17             you've put on.  I've been trying to keep

18             a record myself.

19                  MR. WEINBERG:  Sure.  Sure.

20             Sure.

21      Q      Do you have any knowledge of how Bank of

22  America tenders tax and insurance payments?

23      A      I believe payments are made in bundles,

24  bulk payments for taxes and insurance.  So it just

25  depends on the taxes.  It just depends.

1              PATRICK PITTMAN - CONFIDENTIAL          59

2        Q      Is that how SPS does the payments or how

3    Bank of America does the payments?

4        A      Both.

5        Q      You know for a fact that that's how Bank

6    of America does the payments?

7        A      I said it depends, but they can make it

8    in bulk payments.

9        Q      Do you have knowledge of how taxes are

10   paid to the New York City Department of Finance?

11       A      For New York City, I have seen documents

12   reflecting bulk payments for properties for taxes.

13       Q      So what does bulk payments mean?  Can you

14   explain that?

15       A      It could be multiple properties under one

16   payment that's made by the servicer.

17       Q      Does the servicer receive some sort of

18   receipt or a confirmation that the payment was

19   received?

20       A      Not always, or you can just go to the

21   county and ask for, you know, those receipts, but

22   they could probably just send just a report that

23   reflects the payments that were made, but it may not

24   necessarily show who the payments were being made by

25   but they would show the payments were being made and

```
 1              PATRICK PITTMAN - CONFIDENTIAL        60

 2    then with the payment history from the servicer

 3    reflecting those payments being made then they could

 4    match up that way.

 5         Q      Does the servicer send a check for the

 6    bulk payments, is it a wire?  How is the money

 7    tendered?

 8         A      It is not only for one shoe fits all.  It

 9    depends on the county, it depends on the insurance

10    company.  It could be bulk payments via wire through

11    a check.  It just depends.

12         Q      Do you have any specific knowledge to

13    this loan as to how the fees for the taxes and

14    insurance had been tendered?

15         A      Are you meaning like was it a wire or a

16    check?

17         Q      Yes.  How was it paid?

18         A      Again, I did not look any further into

19    how the payments were being made for the escrows

20    outside of what was reflected on the payment history

21    that escrow payments were being made.

22         Q      Let's go back to H, Plaintiff's 8.

23              You had previously explained to me that

24    the total fees and escrow calculated was $25,644.84,

25    is that accurate?
```

1              PATRICK PITTMAN - CONFIDENTIAL          61

2      A      I don't recall us talking about the total

3 fees in escrow.  I believe I was asked before about

4 the total cap fees.

5      Q      In the column under loan breakdown, in

6 the column that starts capitalizing, what is the

7 total fees and escrow figure.

8      A      $25,644.84.

9      Q      Of that figure, how much is expenditures

10 for taxes?

11     A      I don't know if I can determine it from

12 just that as the total cap fee escrow amount is

13 $24,283.84.  That's insurance and taxes.

14     Q      How much of the total cap escrow amount

15 is for insurance?

16     A      I don't know if I can determine which

17 part of the $25,000 amount for fees and escrows if

18 we can break it down by taxes versus insurance.  I

19 did give you the breakdown of fees.  I don't know if

20 this document reflects the breakdown of the taxes

21 and the insurance.  However, as stated before, the

22 payment history reflects the amounts and dates of

23 the payments for taxes and insurance.

24     Q      I'd like to direct you to Plaintiff's

25 Exhibit J, which is also Plaintiff's 10.

| | |
|---|---|
| 1 | PATRICK PITTMAN - CONFIDENTIAL          62 |

2              THE WITNESS:  Can you scroll to the

3              end.

4      A      You can go ahead and ask your question.

5      Q      Are you familiar with this document?

6      A      Yes.

7      Q      What is this document?

8      A      It's a transaction history from Bank of

9 America.

10     Q      How are you able to testify to this

11 document?

12     A      It's a document I've seen before and I've

13 been trained on by Bank of America.

14     Q      How are you certain that this document is

15 accurate?

16     A      All information that we receive from Bank

17 of America, again, goes through a data vetting

18 process, which includes the calculations, and

19 because it's a part of our records lets me know that

20 this process was completed.  This data vetting

21 process was completed otherwise we would not be

22 servicing this loan.

23     Q      On service transfer, this document was

24 reviewed line by line for accuracy?

25     A      It goes through a query.  So it's not

1              PATRICK PITTMAN - CONFIDENTIAL           63

2    done by hand, but it goes by queries and we do that

3    for every property we're about to service.  It goes

4    through the same process.

5         Q     Let's look at the first page.  It's

6    marked as page three.  Let's look at where it says

7    1/23/2007, hazard insurance payment.

8         A     Okay.

9         Q     So what does this entry indicate?  What

10   is it?

11        A     It reflects that a payment in the amount

12   of $2,265 was made for hazard insurance on

13   January 23, 2007.

14        Q     Is there a receipt for this payment in

15   the SPS imaged documents?

16        A     I do not know.

17        Q     Is there a receipt for this payment in

18   Bank of America's imaged documents?

19        A     I do not know.

20        Q     Do you know to whom this payment was

21   made?

22        A     I do not know, not from this report.

23        Q     Would it be possible to find out?

24        A     I believe so.

25        Q     How would you go about finding out that

```
 1              PATRICK PITTMAN - CONFIDENTIAL        64

 2    information?

 3       A      Looking further into the business records

 4    that were implemented into our business records --

 5    incorporated.  Excuse me.

 6                  MR. WEINBERG:  I'd like to request

 7              that you do that, go ahead, for all the

 8              hazard insurance payment entries, provide

 9              documentation as to whom the payments

10              were made.

11       Q      If we scroll down on that same page down

12    to the entry that's marked 11/20/2007, city tax

13    payment.

14       A      Okay.

15       Q      You see that entry?

16       A      I do.

17       Q      What is this entry indicating?

18       A      Indicates that $2,078.59 that was a

19    payment that was made for city taxes on November 20,

20    2007.

21       Q      Have you seen a receipt of wire transfer

22    for this alleged transaction?

23       A      I did not search for receipts.

24       Q      What did you say, you did not search for

25    receipts?
```

1              PATRICK PITTMAN - CONFIDENTIAL        65

2        A       That is correct.

3        Q       So you're not certain if a receipt exists

4    for this transaction?

5        A       I am not certain.

6        Q       Without a receipt or any other type of

7    documentation showing that payment was tendered,

8    upon what is SPS relying that payment was made?

9        A       'Cause the payment is reflected on their

10   payment history report.

11       Q       But it does not appear that there was any

12   proof that the payment was actually made.

13       A       I don't -- I don't agree with that.  This

14   report is a reflection of the escrow -- includes the

15   reflection of escrow amounts being paid by Bank of

16   America.

17       Q       Upon what documents does Bank of America

18   rely to put this report together?

19       A       Information would have come from their

20   accounting department who, again, entered this

21   information at the time of the events by persons of

22   knowledge, of persons who have been trained to be

23   able to maintain the escrow amounts.

24       Q       Would that information from the

25   accounting department have been transferred to SPS

```
 1               PATRICK PITTMAN - CONFIDENTIAL          66

 2   at service transfer as some of the records that we

 3   were talking about earlier?

 4        A     I believe that there's possibly more

 5   information that can be shared, but, again, this is

 6   a reflection of the payment history for this account

 7   by Bank of America.

 8        Q     Yes, I understand that it's a reflection

 9   of the payment history, but I'm trying to understand

10   where the documentation that supports it is.

11        A     Again, I did not search for receipts on

12   these loan items.

13        Q     But you're still certain that the amounts

14   were paid?

15        A     I have no reason to believe that they

16   were not paid as, again, we started servicing

17   December 2006 and then took over the payments.

18        Q     Has the borrower ever paid the taxes or

19   insurance on this loan?

20        A     Not that I recall.

21        Q     From your review of the file, did the

22   file indicate if the borrower ever paid the taxes

23   and the insurance?

24        A     Again, not that I recall.

25        Q     Did you review the file to ascertain
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL         67
 2   whether the borrower paid the taxes or the
 3   insurance?
 4       A      I did not, but I did review the file that
 5   reflects that the prior servicer, including the
 6   current servicer, SPS, did make those payments.
 7                   MR. WEINBERG:  Could you just read
 8              back that answer, please.
 9                   (Whereupon, the requested portion
10              of the transcript was read back by this
11              reporter.)
12       Q      That's based on this payment history?
13       A      That is correct.
14       Q      But you've never seen any documentation
15   supporting this payment history?
16       A      Outside of the documents we have talked
17   about today so far, I have not.
18       Q      But there may be additional documents?
19       A      I don't know.
20       Q      How can you figure out if there are
21   additional documents?
22       A      I believe you've already put in a request
23   for it so that's how.
24       Q      Okay.
25              Has this loan always been escrowed for
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        68
 2    taxes and insurance?
 3        A     I don't have any reason to believe it had
 4    not been.
 5        Q     For taxes and insurance?
 6        A     Correct.
 7        Q     Is it currently?
 8                  MR. WEINBERG:  Sorry.  Strike
 9              that.
10        Q     Is it currently being escrowed for taxes
11    and insurance?
12        A     Yes.
13        Q     If I could direct you to Plaintiff's B,
14    which is marked as Plaintiff's 2.
15              Have you seen this document before?
16        A     I have.
17        Q     What is this document?
18        A     It's entitled Proof of Claim.
19        Q     Do you have an understanding of what a
20    Proof of Claim is?
21        A     I'm reading it.
22        Q     Sure.
23        A     Okay.
24        Q     Sir, are you familiar with this
25    document?
```

| 1 | | PATRICK PITTMAN - CONFIDENTIAL | 69 |

2    A    I have a general knowledge of it.

3    Q    What's your general understanding of this
4    document?

5    A    My general understanding is what's
6    reflected on the document, stating this form is for
7    making a claim for payment in a bankruptcy case.

8    Q    Do you know why this document was
9    filed?

10    A    For making a claim for payment in a
11    bankruptcy case.

12    Q    By whom?

13    A    It was filed by our counsel at that
14    time.

15    Q    Who was that counsel?

16    A    Sheldon May and Associates.

17         MR. WEINBERG:  Can we go to the
18         page that is designated mortgage proof of
19         claim attachment.  It's marked as
20         DBNT0004.

21    Q    If we look at part four on the right, the
22    column on the right, you see that?

23    A    Yes.

24    Q    Can you read what that says?

25    A    Part four is monthly mortgage payment.

```
 1              PATRICK PITTMAN - CONFIDENTIAL          70
 2    It's a breakdown of the monthly mortgage payment,
 3    principal and interest, $1,241.58; monthly escrow,
 4    $401.13; for the total monthly payment of
 5    $1,642.71.
 6        Q      This is the current monthly payment
 7    breakdown?
 8        A      That is my understanding.
 9        Q      The loan is currently being escrowed for
10    taxes and insurance?
11        A      I don't recall.
12        Q      You previously stated that it was.  Are
13    you changing that?
14        A      I'm saying I don't recall, so, yeah, I'm
15    changing it.
16        Q      From a review of your records, would you
17    be able to ascertain if the loan is currently being
18    escrowed for taxes and insurance?
19        A      Yes.
20        Q      How much does it say under part four is
21    being paid for mortgage insurance?
22        A      You want me to read it again?
23        Q      Yes, if you can just read the part where
24    it talks about insurance and the number, the amount
25    of dollars.
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL        71

 2      A       In part four?

 3      Q       Yes, please.

 4      A       The amount again for monthly escrow is

 5  $401.13.

 6      Q       What's the insurance amount?

 7      A       Zero.

 8      Q       You previously stated that the loan is

 9  being escrowed for taxes and insurance, no?

10      A       That's not the -- that reads private

11  mortgage insurance.

12      Q       Okay.  So what's the difference?

13      A       You're speaking of hazard insurance.

14      Q       What's private mortgage insurance?

15      A       Private mortgage insurance.  I mean it's

16  zero dollars so I don't know what it's referring

17  to.

18      Q       So monthly escrow where it states here

19  that is supposed to encompass taxes and hazard

20  insurance?

21      A       As I read before in Bank of America's

22  payment history.

23              I will say that if SPS is paying the

24  escrow, the borrower is still supposed to pay that

25  amount back to SPS, the servicer.  So just because
```

```
 1              PATRICK PITTMAN - CONFIDENTIAL          72

 2    it says what their monthly escrow amount is doesn't

 3    mean that SPS is not paying the escrow amount.  That

 4    amount is supposed to come with the principal and

 5    interest payments as mortgage payments from the

 6    borrower to SPS.  SPS is making those direct

 7    payments.

 8         Q     To the insurance and to the

 9    municipality?

10         A     That's correct.

11         Q     What insurance company is SPS making

12    those payments to?

13         A     I don't know the insurance company's

14    name.

15         Q     But you'd be able to find out with a

16    review of the loan records?

17         A     If you put in your request, I believe

18    that counsel will take a look at it and determine

19    that.

20         Q     Okay.

21              MR. WEINBERG:  I'd like to formally

22              request an analysis as to what vendor

23              insurance payments are being made.

24         Q     If we could go back to exhibit

25    Plaintiff's 5, which is E.
```

1          PATRICK PITTMAN - CONFIDENTIAL        73

2          Mr. Pittman, when this loan service

3    transferred from Bank of America to SPS, did SPS

4    receive any correspondence that Bank of America had

5    sent out?

6    A       Sent out to whom?

7    Q       To anyone.  Was there correspondence in

8    the loan filed, in the imaged documents?

9    A       Are you speaking of any particular

10   correspondences?

11   Q       I'm speaking in general did SPS receive

12   copies of correspondence that Bank of America had

13   mailed to any party, the borrower, a third-party

14   municipality, insurance company.  Was there

15   correspondence in the loan file?

16   A       I believe there are correspondences in

17   the loan file.  However, I am not aware of them

18   being needed for this matter, but, again, I did not

19   review the entire file but I did review those

20   documents that were, I believe, a part of

21   production.

22   Q       Do you have any knowledge of any

23   correspondence with any municipalities?

24   A       I don't recall, but I'm not stating that

25   there aren't any.  If you have any, we could look at

1                    PATRICK PITTMAN - CONFIDENTIAL                    74

2     them together right now during this deposition but

3     otherwise I don't recall any.

4          Q     Do you have any knowledge of any

5     correspondence with any vendors for insurance?

6          A     Not that I recall outside of the Proof of

7     Claim we just went over, but not that I recall.

8          Q     Do you have any knowledge of any

9     correspondence between Bank of America and any

10    vendors for property inspections?

11         A     For property inspections?

12         Q     Yes.

13         A     I don't recall, but I do recall that

14    payments were being made for property inspections

15    that did occur.

16         Q     You saw receipts from payments for

17    property inspections?

18         A     I didn't state that.

19         Q     You said that payments were being made

20    and I'm asking if there is documentation confirming

21    that.

22         A     As we went over the Bank of America

23    payment history, that reflected property

24    inspections, which you saw that with me, but, again,

25    my testimony is I did not seek receipts from either

1

2    of these line items that were reflected for property

3    inspections or escrows.

4         Q       From your review of the loan file in the

5    imaged documents, have you seen any appraisals for

6    the property?

7         A       I saw -- well, yes, I did.

8         Q       You saw appraisals to the property?

9         A       I saw a broker price opinion.

10        Q       Can I direct you to Plaintiff's A, which

11   is 1, the seventh request.  It's on page 10.

12               Could you please read request number

13   seven.

14        A       Produce all property valuations, BPOs and

15   inspections for the property from August 25, 2006 to

16   the present.

17               MR. WEINBERG:  We'd like to

18               reiterate this formal demand.  Could you

19               please provide the appraisals to which he

20               is referring.

21               MS. STRAUB:  Just for clarity, the

22               BPO that I'm aware of that he's most

23               likely referring to is actually your BPO

24               from the motion in the underlying

25               bankruptcy matter.

```
 1                  PATRICK PITTMAN                76
 2              MR. WEINBERG:  Okay, if that's the
 3         case.
 4              Mr. Pittman, it is 12:25 P.M., and
 5         we for right now would like to adjourn.
 6         Thank you so much for your time.
 7              THE WITNESS:  Thank you.
 8              (Whereupon, the within examination
 9         was adjourned at 12:25 P.M.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                                              77

 2                A C K N O W L E D G M E N T

 3

 4   STATE OF                 )

 5                        :      SS:

 6   COUNTY OF               )

 7

 8           I, PATRICK PITTMAN, hereby certify that I

 9   have read the transcript of my testimony taken under

10   oath in my deposition of April 22, 2020; that the

11   transcript is a true, complete and correct record of

12   what was asked, answered and said during this

13   deposition, and that the answers on the record as

14   given by me are true and correct.

15

16

17                       _____
                                    PATRICK PITTMAN
18

19

20   Subscribed and sworn to

21   before me this _____ day

22   of _____, 2020.

23

24   _____
             NOTARY PUBLIC
25
```

```
 1                                                      78

 2                        I N D E X

 3

 4    WITNESS                 EXAMINATION BY          PAGE

 5    Patrick Pittman        Mr. Weinberg         7 to 76

 6

 7                      E X H I B I T S

 8    PLAINTIFF'S                                     PAGE
```

```
 9       1          Defendant's Responses and          5
                    Objections to Plaintiff's First
10                  Request for Production of Documents

11       2               Proof of claim                5

12       3               Escrow analysis               5

13       4            Adjustable rate note             5

14       5           First loan modification           5

15       6           Second loan modification          5

16       7     Mortgage and assignment of mortgage     5

17       8          Loan modification analysis          6

18       9        Adjustable rate mortgage interest     6
                    rate adjustment notice
19
        10        Bank of America payment history       6
20
```

```
21

22

23

24

25
```

```
 1                                                      79

 2                    I N D E X   (CONT'D)

 3

 4               INFORMATION TO BE SUPPLIED

 5      PAGE      LINE           DESCRIPTION

 6      10        10             Copy of power of attorney

 7      12         4             Copy of the pooling and
        40        17             servicing agreement
 8
        14         6             Documents reviewed in
 9                               preparation for the
                                 deposition in addition to
10                               what has been produced

11      37        23             Copy of the wet ink note

12      57        25             Copies of documents,
                                 checks, drafts, bank wire
13                               transfer receipts
                                 evidencing any payment made
14                               since August 25, 2006 for
                                 local taxes, assessments,
15                               water rates insurance
                                 premiums, inspections and
16                               any other charges

17      64         6             Documentation as to whom
                                 payments were made for all
18                               the hazard insurance
                                 payments
19
        72        21             Name of the vendor
20                               insurance payments are
                                 being made to
21
        75        17             Appraisals
22

23

24

25
```

1                                                                80

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK         )
                               :        SS:
5    COUNTY OF NASSAU          )

6

7         I, ANDREA BLOECKER, a Shorthand Reporter and

8    Notary Public within and for the State of New York,

9    do hereby certify:

10        That PATRICK PITTMAN, the witness whose

11   deposition is hereinbefore set forth, was duly sworn

12   by me, and that such deposition is a true record of

13   the testimony given by such witness.

14        I further certify that I am not related to any

15   of the parties to this action by blood or marriage,

16   and that I am in no way interested in the outcome of

17   this matter.

18        IN WITNESS WHEREOF, I have hereunto set my hand

19   this 27th day of April, 2020.

20

21                     *Andrea Bloecker*

22        _____

23                     ANDREA BLOECKER

24

25

## A

**A.M** 1:17
**a/k/a** 1:6
**ability** 9:2
**able** 21:23 34:20 40:8 46:11 47:19 50:2 62:10 65:23 70:17 72:15
**above-entitled** 1:21
**access** 23:6 24:11
**accompanied** 3:22
**account** 25:11,12,18 27:16 66:6
**accounting** 65:20,25
**accounts** 56:11
**accuracy** 46:12,13 47:12,14,15 62:24
**accurate** 32:9 47:23 60:25 62:15
**acquires** 54:14
**Act** 53:23
**action** 1:21 80:15
**added** 42:17 52:5
**addition** 14:8 29:15 53:8 79:9
**additional** 18:9 54:14 57:21 67:18 67:21
**address** 7:18 14:17 35:2,3,5,7
**adjourn** 76:5
**adjourned** 76:9
**adjustable** 5:13 6:8 35:14 38:8 78:13,18
**adjusted** 38:21
**adjustment** 6:9 78:18
**adjustments** 39:6
**admissible** 29:19 53:12
**admitted** 32:4
**Adv** 1:10
**advancements** 57:7
**advances** 25:17 26:12 28:2,3 55:7
**adversary** 7:24
**agent** 9:19,21 10:21 15:10,23 16:5 17:8
**agree** 65:13
**AGREED** 4:10,12,14,17
**agreement** 1:12 9:15 11:17,20 12:3 12:6 16:4 39:25 40:4,15,19 41:14 57:24 79:7
**agreements** 40:6,7
**ahead** 62:4 64:7
**alcohol** 8:25
**aliases** 14:15
**alleged** 64:22
**allegedly** 14:12,18
**allow** 8:9
**amend** 54:13
**America** 6:12 21:10,12,13,19 22:2 22:7,16,18 24:24 26:2,15 41:15 44:11,13,19 45:3,6,7,22 46:9,23 48:8,9,22 49:10,24 50:6,15 56:7 56:23 57:4 58:22 59:3,6 62:9,13 62:17 65:16,17 66:7 73:3,4,12 74:9,22 78:19

**America's** 22:9,13,20 24:15 45:19 49:5,8,12,19 63:18 71:21
**amount** 41:25 42:7,8,14,14,15,18 42:20,21 47:4,6,7 51:4 61:12,14 61:17 63:11 70:24 71:4,6,25 72:2 72:3,4
**amounts** 26:8,10 48:3 51:6 52:15 56:8 57:23 61:22 65:15,23 66:13
**analysis** 5:10 6:5 44:7 45:4,22 46:2 46:3,5 49:13,20 50:6,17 72:22 78:12,17
**and/or** 54:13
**Andrea** 1:23 80:7,22
**answer** 3:8,12,17,18,21,22,22,23 8:21 29:24 56:4 67:8
**answered** 3:20 4:7 77:12
**answering** 8:10
**answers** 77:13
**appear** 65:11
**appearing** 7:7
**apply** 3:9
**appointed** 11:15
**appraisals** 75:5,8,19 79:21
**appropriate** 3:10 4:15
**approval** 32:9
**approved** 50:20
**approximately** 20:8,10
**April** 1:16 77:10 80:19
**Article** 3:10
**ascertain** 18:6 28:17 45:21 66:25 70:17
**asked** 28:15 30:21 34:11 55:11 61:3 77:12
**asking** 8:15 23:17 74:20
**assessments** 52:25 58:10 79:14
**Assets** 1:12 9:16
**assignment** 5:25 10:20 78:16
**assist** 18:24
**Associates** 69:16
**assuming** 30:22
**attachment** 69:19
**attend** 19:17
**attendance** 3:15
**attention** 29:10
**attorney** 1:21 3:13,21 4:5 7:23 10:3 10:5,8,11,15 11:7,9,11 16:10 79:6
**attorney-in-** 16:5
**attorney-in-fact** 9:20,22 10:21 11:15 15:21
**attorneys** 2:4,9 4:17,18
**August** 33:16 35:17 52:25 58:9 75:15 79:14
**Avenue** 2:5
**aware** 9:12 16:17 18:3 31:5 39:10 45:13 73:17 75:22

## B

**b** 3:6,11 68:13 78:7

**back** 32:15 34:22,25 37:4,7,8,16 38:2 52:17 60:22 67:8,10 71:25 72:24
**backed** 34:14
**backup** 27:22,24
**balance** 42:4
**bank** 1:11 6:12 9:14,24 10:20 14:11 15:6 16:6,25 21:2,10,12,13,19 22:2,6,9,12,16,18,20 24:15,24 26:2,15 39:13 40:13 41:15 44:10 44:12,19 45:3,5,7,19,22 46:9,23 48:8,9,22 49:5,8,10,11,19,24 50:5 50:15 52:22 53:25 54:5,21 55:2 55:25 56:7,23 57:4,16 58:6,21 59:3,5 62:8,13,16 63:18 65:15,17 66:7 71:21 73:3,4,12 74:9,22 78:19 79:12
**bankruptcy** 1:2 69:7,11 75:25
**based** 67:12
**basically** 13:24 40:8
**basis** 3:13,23
**Bates** 54:11
**becoming** 21:8
**behalf** 1:20 10:22 11:25 15:5,11,18 16:24 17:8,9,12 18:25 25:15 27:16 57:8
**belief** 7:6
**believe** 10:9,25 11:6,13,21,22 12:9 14:20 21:15,16,24 23:11 28:8,9 28:13 29:3,25 31:19 37:3,6,8,11 37:21 38:22,25 39:15,18 40:14 42:12,24 43:25 48:7 52:5 58:23 61:3 63:24 66:4,15 67:22 68:3 72:17 73:16,20
**BERG** 2:8
**best** 7:5
**bit** 37:5
**blank** 37:14
**Bloecker** 1:23 80:7,22
**blood** 80:15
**borrower** 25:15 27:16 33:17 41:15 42:22 43:22,23 46:4 50:19 57:8 66:18,22 67:2 71:24 72:6 73:13
**borrower's** 33:18
**borrowers** 14:11 25:8
**bottom** 31:18 41:20 52:21
**BPO** 75:22,23
**BPOs** 75:14
**break** 8:19,20,21 61:18
**breakdown** 50:23 61:5,19,20 70:2,7
**broad** 29:17 53:10
**broker** 75:9
**bulk** 58:24 59:8,12,13 60:6,10
**bundles** 58:23
**burdensome** 29:17,20 53:10
**business** 13:8 44:14,16 49:6 64:3,4

## C

**c** 2:2 3:6 7:11 77:2 80:2,2
**calculated** 29:18 53:11 60:24
**calculations** 47:24,25 48:11,20
  62:18
**call** 12:19 14:6 37:23
**called** 38:18
**Calls** 29:22 56:3
**canceled** 27:4
**cap** 51:18,24 52:6 61:4,12,14
**capitalized** 42:14,15,18 47:6 51:7
**capitalizing** 51:2,14 61:6
**capped** 51:15,17
**capping** 51:15
**case** 1:7 9:10 26:4 27:24 69:7,11
  76:3
**cause** 3:20 65:9
**CEC** 1:11
**certain** 30:11 57:4 62:14 65:3,5
  66:13
**Certificates** 1:13 9:17
**certify** 77:8 80:9,14
**change** 26:11 38:14,15,16,18,19,25
  39:17
**changes** 32:2,3
**changing** 70:13,15
**charge** 4:18
**charges** 53:3 58:12 79:16
**check** 27:9,10,11 60:5,11,16
**checks** 27:3,4 52:22 54:21 55:2,25
  57:15 58:5 79:12
**Cherry** 1:6,6 14:13,14 33:18 41:15
  42:22 43:22
**city** 7:20 26:23 59:10,11 64:12,19
**civil** 3:6 54:7
**claim** 5:7 54:11,18,19,20,24 68:18
  68:20 69:7,10,19 74:7 78:11
**claims** 19:16
**clarity** 75:21
**clear** 3:13,23
**clearly** 4:8
**clerk** 4:11
**client** 9:19
**clients** 12:2 15:22 18:25
**closing** 40:3
**code** 35:4
**collecting** 21:23
**College** 20:23,24
**column** 50:25 51:11,12 52:2 61:5,6
  69:22
**come** 18:18 25:11,25 50:7 65:19
  72:4
**comments** 3:15 30:9,13
**commonly** 37:16
**communication** 4:4,5,6,8
**companies** 27:23
**company** 1:11 9:14 21:3 39:14
  60:10 72:11 73:14
**company's** 72:13

**complaints** 19:16
**complete** 8:21 77:11
**completed** 62:20,21
**compliance** 3:7
**computer** 13:17,18,22
**concerning** 53:14,17 54:4
**conclusion** 29:23
**CONDUCT** 3:2 4:2
**conference** 1:15,23 7:7
**confidential** 1:1 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 11:1 12:1 13:1 14:1
  15:1 16:1 17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1 44:1 45:1
  46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1,18 54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1 74:1 75:1
**confidentiality** 3:19 54:2
**confirm** 45:15
**confirmation** 27:4 59:18
**confirmations** 26:5
**confirming** 74:20
**consent** 4:6
**consider** 58:2
**consolidation** 41:9
**constitutes** 51:24
**constituting** 53:21
**CONT'D** 79:2
**contain** 54:20
**contemporaneously** 25:20
**contested** 19:15
**continuing** 46:24
**continuously** 22:21
**contravene** 54:6
**control** 17:11,21
**controlling** 4:16
**copied** 37:12
**copies** 14:3,5 73:12 79:12
**copy** 4:18 10:4,7 12:5 13:12,13,15
  13:17 35:14 37:6,8 38:3 40:18
  79:6,7,11
**coronavirus** 6:20
**Corp** 1:12 9:16
**Corporation** 34:2 35:21
**correct** 12:16,22 13:18,24 21:3 32:6
  46:10 48:4,6,20 49:3,6,21 51:3
  55:19 65:2 67:13 68:6 72:10
  77:11,14
**Correction** 30:25
**correspondence** 73:4,7,12,15,23
  74:5,9
**correspondences** 73:10,16
**costs** 52:5
**counsel** 6:17 10:7 12:13,14,18

  17:10,20,21 31:12,15,24 32:5
  33:2 69:13,15 72:18
**count** 36:16,19
**counted** 36:4
**county** 27:19 59:21 60:9 77:6 80:5
**course** 3:15
**courses** 22:21
**court** 1:2,22 3:19 4:11 8:8,13 52:5
**cover** 36:16 41:12 56:7
**CPLR** 3:10,14,21 4:13,15,16
**create** 50:17
**created** 21:24 39:20
**creating** 46:3 49:15,20
**criminal** 54:7
**cured** 47:18 48:12 50:4
**current** 6:19 26:14 42:23,24 43:2
  43:23 67:6 70:6
**currently** 11:5 14:24 17:25 46:16
  68:7,10 70:9,17
**custodial** 16:7 17:24
**custodian** 16:2,3 40:12,16
**cut** 33:12
**cutoff** 40:3

---

**D**

**d** 2:6 3:6 33:25 36:17,19 77:2 78:2
  79:2
**data** 24:6,20 45:5 46:18 47:17
  48:10,11,15,16,17,23,24,24 49:25
  50:3 54:4 62:17,20
**date** 5:6,9,12,15,19,23 6:3,7,11,15
  6:25 21:13 33:3,15 35:16,17
  38:17,19 40:3 41:10,11 45:10
  51:16
**dated** 45:2
**dates** 21:12 38:14 61:22
**day** 38:16,17 77:21 80:19
**DBNT0001** 54:11
**DBNT0004** 69:20
**DBNT0058** 41:20
**DBNT0065** 54:12
**debt** 42:19 51:8
**Debtor** 1:6
**December** 10:25 16:11 21:7 41:12
  45:11 46:7 66:17
**Decker** 7:20
**deemed** 4:15
**defect** 3:13
**defendant** 1:14,20 2:9 9:13,23
  10:19 21:2 29:16 37:22 46:25
  52:24 53:9,12,15,19,23 54:7,10
  54:12 58:7
**Defendant's** 5:2 29:6 78:9
**define** 15:2
**definitely** 39:4
**definition** 19:12
**delinquent** 51:20 52:16
**delivered** 39:13

**delivery** 39:23 40:13
**demand** 12:4 29:16 40:18 53:9,13
53:16,20,24 54:13 58:2,14 75:18
**department** 23:23 31:2 32:9 47:13
49:17,21 59:10 65:20,25
**depends** 13:8 17:7,7 24:21 25:5
27:7,19,19 58:25,25 59:7 60:9,9
60:11
**deponent** 3:12,18,21,23 4:4,5
**deposed** 19:8
**deposition** 1:19 3:5,8,8,9,11,18,24
4:5 8:2 9:6 12:8,12 13:3 19:18
52:10 55:16,18 74:2 77:10,13
79:9 80:11,12
**depositions** 3:2,4 4:2 9:9
**depth** 26:19
**DESCRIPTION** 79:5
**designated** 9:5,7 69:18
**determine** 27:21 28:21 48:15 50:18
50:18 54:24 61:11,16 72:18
**determining** 4:6
**Deutsche** 1:11 9:14,24 10:20 14:11
15:6 16:6,25 21:2 39:13 40:13
**difference** 71:12
**different** 49:2
**differentiation** 19:10
**direct** 3:21 29:10 33:5 35:8 40:20
43:8 44:3 52:17 61:24 68:13 72:6
75:10
**direction** 3:22
**directly** 49:10,24
**director** 18:21,23 19:22 20:2 31:3,4
31:5
**disbursements** 25:17 26:6,21
**disclosure** 53:19 54:5
**disclosures** 54:8
**discovery** 29:18 30:24 31:7 53:11
**discrepancies** 47:17,18 48:10,11,12
48:25 49:25 50:3
**discrepancy** 48:15,16,17
**discuss** 39:6,12
**discusses** 10:2
**DISTRICT** 1:3
**document** 12:24 16:14 17:11,21
23:24 28:7,9,10,11,14,17,18,20
29:3,5 32:10,20,22 33:3,8,10,15
35:11,13,16,23 36:3,4,12,16 40:8
40:23,24 41:6,8,10,11 43:8,11,15
43:17 44:8,10,19,20,21,22,23
45:3,14 46:9,12 47:3,4,6,12,22
48:5,19,21 52:19 53:5 61:20 62:5
62:7,11,12,14,23 68:15,17,25
69:4,6,8
**documentation** 9:25 57:9,12 64:9
65:7 66:10 67:14 74:20 79:17
**documents** 5:4 12:9,23,25 13:4,7,9
13:12,12,15,21,22,25 14:3 15:22
23:4,10,12,20,22 24:15 25:23

26:3,4 28:13 29:8 39:19 40:2,4
45:5 46:22 47:14 48:2,8,22 49:18
52:22 53:25 54:15,25 55:11,12
58:3,5 59:11 63:15,18 65:17
67:16,18,21 73:8,20 75:5 78:10
79:8,12
**doing** 19:8
**dollars** 70:25 71:16
**doubt** 17:19 31:13
**drafting** 55:14
**drafts** 32:5 52:22 54:21 55:2,25
57:15 58:6 79:12
**Drive** 7:20
**drugs** 8:25
**due** 6:18 49:9,9
**duly** 7:12 80:11

**E**

**e** 2:2,2 3:7 40:21 72:25 77:2,2 78:2
78:7 79:2 80:2,2
**earlier** 16:23 52:10 66:3
**EASTERN** 1:3
**effect** 4:11 16:8
**effective** 10:23,24 51:16
**eight** 53:5
**either** 15:9,22 16:11,21 17:19 74:25
**elaborate** 19:3
**electronic** 24:3
**electronically** 13:11
**eleven** 36:18
**emergency** 6:19
**employed** 18:13,19 19:20 20:16
**employee** 9:13,18 45:24
**encompass** 71:19
**endorsed** 15:4,18 39:11
**endorsement** 37:10,15 41:12
**enforce** 3:19
**ensure** 47:23 48:6,19
**ensures** 23:24
**entered** 50:9,11 65:20
**entire** 55:20,22 73:19
**entitled** 50:22 52:20 68:18
**entries** 64:8
**entry** 63:9 64:12,15,17
**error** 3:14
**escrow** 5:10 25:15 26:6,7,9,12,21
27:15 28:2,3 47:8 51:19,19 52:15
55:4 56:2,8 57:7,13 60:21,24 61:3
61:7,12,14 65:14,15,23 70:3 71:4
71:18,24 72:2,3 78:12
**escrowed** 67:25 68:10 70:9,18 71:9
**escrows** 56:12 60:19 61:17 75:3
**ESQ** 2:6,11,11 7:15
**estate** 20:22
**event** 4:8 25:13
**events** 25:22 50:12 53:14 65:21
**evidence** 29:19 53:12 55:3 56:2
57:16,20,21

**evidencing** 52:23 54:22 58:7 79:13
**exactly** 13:20 19:3
**examination** 3:15 4:13,18 7:14 76:8
78:4
**examined** 7:13
**examining** 3:24
**example** 19:5 56:8,15,24
**excuse** 19:16 40:4 44:20 46:2 52:13
52:14 64:5
**executed** 43:19
**exhibit** 5:5,8,11,14,18,22 6:2,6,10
6:14 28:5,5 29:9 33:5 34:22,25
36:17,23 40:20 41:19 52:18 61:25
72:24
**existing** 51:8
**exists** 65:3
**expenditures** 24:7,25 25:24 61:9
**expenses** 52:9
**explain** 44:18 59:14
**explained** 60:23
**expose** 54:6
**extent** 3:14 13:3 53:13,16,20,24

**F**

**F** 43:9 80:2
**fact** 7:8 16:6 59:5
**fair** 17:13,16 28:23
**familiar** 13:16 22:9,12,23 24:14,16
40:5,22 41:5 43:10,15 44:8 49:5
62:5 68:24
**Fannie** 34:14
**far** 51:25 67:17
**February** 33:4 51:16
**fee** 52:2 61:12
**fees** 51:18,19,24 52:4,4,6,16 55:7
60:13,24 61:3,4,7,17,19
**FHA** 34:5,8
**figure** 61:7,9 67:20
**figures** 48:6 50:7,16 51:10
**file** 13:6 34:4,7 55:20,22 66:21,22
66:25 67:4 73:15,17,19 75:4
**filed** 19:17 69:9,13 73:8
**files** 18:24 30:11 52:7
**Finance** 59:10
**financial** 53:22
**find** 34:11 63:23 72:15
**finding** 48:10 63:25
**fine** 7:2 14:23 19:7
**finish** 8:10
**finished** 8:15
**first** 5:3,16 7:11 29:7,13 36:14 38:2
38:16 39:13 51:5 52:2 63:5 78:9
78:14
**fits** 60:8
**Five** 2:9
**fixed** 38:7
**follow** 31:20 56:17
**followed** 31:14

following 22:3
follows 7:13
force 4:11
foreclosure 52:4
foregoing 54:10
foreign 54:2
form 3:13 69:6
formal 58:13 75:18
formally 72:21
forth 3:19 4:7 80:11
forward 18:15
found 47:18
four 52:21 53:7 55:11 58:5 69:21
  69:25 70:20 71:2
framed 3:12
France 33:20,22
Francis 1:6,6 14:13,15 33:18 41:16
  42:22 43:22
Freddie 20:5,6,12,15,21 34:14
front 36:19
Funding 21:21 34:2 35:20
furnished 4:18
further 4:12,14,17 46:20 47:20
  50:2 53:12,16,19,23 57:20 58:2
  60:18 64:3 80:14
future 6:25

**G**

G 33:5 77:2
gathered 45:25
general 3:5 25:3,4 29:15 31:14,20
  31:22 43:2 49:7,14,18,22 50:5
  53:8 69:2,3,5 73:11
generally 22:11,12 23:14 24:14
  26:20 40:6 45:24
gestures 8:9
give 19:5 61:19
given 3:9 77:14 80:13
gives 52:6
go 13:2 32:15 36:7,8,13,22 38:2
  59:20 60:22 62:4 63:25 64:7
  69:17 72:24
goes 14:15 46:19 62:17,25 63:2,3
going 18:14 27:18 52:18
gonna 37:13
Good 7:22
Gramm-Leach-Bliley 53:23
ground 8:2
grounds 4:7
guess 19:11,12 30:19 55:9
Gustavia 1:9 7:23

**H**

H 44:3,5 60:22 78:7
hand 63:2 80:18
handwritten 33:22
happens 37:13
hard 13:12

HASBANI 2:4
hazard 27:21 47:9 63:7,12 64:8
  71:13,19 79:18
head 28:16 30:22 31:2 38:24
header 28:20
held 1:22 15:10 17:20
help 50:18
hereinbefore 80:11
hereto 4:18
hereunto 80:18
herewith 54:11
hired 15:24 17:11,20
histories 24:6 25:17,19 48:2 55:6
  57:7,22
history 6:13 25:10 26:18,20,21,24
  52:12 56:19,24 60:2,20 61:22
  62:8 65:10 66:6,9 67:12,15 71:22
  74:23 78:19
hold 15:18,22 20:12
holding 17:9
Home 1:9 7:23
homeowners 26:24
honor 27:8
hours 9:2
hundred 17:14

**I**

Ibrahim 2:8 12:15
identification 5:6,9,12,15,19,23 6:3
  6:6,11,15
identify 35:13
ii 3:19
iii 3:20
image 13:17,18
imaged 13:11,15 23:20 25:23 26:3
  52:7 54:25 55:20,22 58:3 63:15
  63:18 73:8 75:5
imaging 23:3,4,6,10,12,25 24:2,4,5
  24:15
immediately 8:4
Impac 1:12 9:16 21:20 34:2 35:20
impair 9:2
implemented 64:4
impression 16:18
improper 3:20
include 3:13
included 42:18
includes 47:8 62:18 65:14
including 54:3 67:5
incorporated 44:15 64:5
incorporating 44:13
indicate 14:14 30:14 34:7,17 39:22
  63:9 66:22
Indicates 64:18
indicating 64:17
indication 21:11 33:21 34:3,13
  38:20
individuals 30:10 49:22

information 18:7,10 30:17 31:11
  34:10,19,21 45:25 46:17,19 50:8
  50:11,13 53:13,17,17,21,22 54:14
  55:17 62:16 64:2 65:19,21,24
  66:5 79:4
initial 22:2,19
ink 37:18,25 79:11
inspection 37:24 52:3
inspections 52:14 53:2 58:11 74:10
  74:11,14,17,24 75:3,15 79:15
insurance 25:16 26:24 27:20,21
  42:19 47:9 53:2 56:20,22 57:14
  57:23 58:10,22,24 60:9,14 61:13
  61:15,18,21,23 63:7,12 64:8
  66:19,23 67:3 68:2,5,11 70:10,18
  70:21,24 71:6,9,11,13,14,15,20
  72:8,11,13,23 73:14 74:5 79:15
  79:18,20
insured 34:4,8
interest 6:9 38:5,15,18,21,25 39:6
  42:20 47:8 51:20 52:15,15,24
  55:8 58:8 70:3 72:5 78:18
interested 80:16
interfere 3:15
internal 13:5 22:10 30:9,13 31:6,25
  34:16 35:5 39:12 45:19 50:16
interposed 3:7
interrupt 4:5
irregularity 3:14
issue 39:2
items 26:25 52:13 55:4 66:12 75:2

**J**

J 1:6 2:11 33:2 45:12 61:25
Jamaica 14:20 35:4
James 33:19,21
January 10:25 16:11 46:8 63:13
Judge 4:11

**K**

K 7:11 77:2
Karena 2:11 12:21 33:2 58:13
keep 24:5 43:12 58:17
kind 27:8,22 50:19
know 7:25 8:4 11:5 13:21 14:24
  21:21 23:13 26:17,20 27:18 28:12
  30:6,16,19 31:17 42:16 45:12,18
  56:5 59:5,21 61:11,16,19 62:19
  63:16,19,20,22 67:19 69:8 71:16
  72:13
knowledge 7:6 25:13 49:7,11,14,19
  49:23 50:5,12 58:21 59:9 60:12
  65:22 69:2 73:22 74:4,8
knows 29:24 56:4

**L**

L 77:2
labeled 41:20

**Lake** 7:20,20
**late** 52:2
**law** 3:6 54:2
**laws** 54:2,3,6
**lead** 29:18 53:11
**left** 51:25
**legal** 29:23,25 30:2 40:8
**legally** 19:15
**lender** 21:20 33:24 34:2 35:20
**Let's** 25:7 36:8 60:22 63:5,6
**letter** 16:7 17:24 58:16
**liability** 54:7
**LIGHT** 2:4
**limitation** 3:19 54:3
**line** 25:5 26:25 47:22,22 52:13
    62:24,24 75:2 79:5
**lingo** 45:19
**list** 58:16
**litigated** 19:12
**litigation** 18:21,22 19:2,22 28:16,16
    30:22 31:3,4,5 32:8 53:15
**little** 37:5
**LLC** 1:9 7:24
**LLP** 2:8
**loan** 5:16,20 6:4 13:5 14:11,25
    16:24 17:18 21:9 23:2 26:3 34:4,4
    34:7,8,13 38:21,23 41:9,22 42:17
    43:3,5,18 45:7 46:16,20,21,25
    47:19,20 48:2,13,25 50:3,10,14
    50:22 52:11 55:5,6,12 56:9 60:13
    61:5 62:22 66:12,19 67:25 70:9
    70:17 71:8 72:16 73:2,8,15,17
    75:4 78:14,15,17
**loans** 19:14 24:6 49:9,25
**local** 52:25 58:9 79:14
**location** 15:11 17:17 18:3,11 37:20
**logic** 56:17
**long** 19:20 20:6 21:22
**look** 17:16 26:11 27:25 28:4 44:2,4
    51:25 60:18 63:5,6 69:21 72:18
    73:25
**looked** 25:12
**looking** 50:23 64:3
**lost** 47:8 52:15,15 55:8 56:10

### M
**M** 7:11 77:2
**Mac** 20:5,7,13,15,21 34:14
**Mae** 34:14
**mailed** 73:13
**maintain** 24:20 25:9 65:23
**maintains** 25:9
**making** 49:6 69:7,10 72:6,11
**manage** 27:15 56:11
**management** 18:24
**manager** 20:2,14
**March** 51:16
**marked** 10:13 28:5 33:6 35:8 40:21

43:9 44:4 63:6 64:12 68:14 69:19
**marriage** 80:15
**married** 33:19
**master** 11:3,12
**match** 35:5 60:4
**matter** 9:23 12:2,10 14:2 19:9,12
    19:18,19 31:13 37:22 39:3 47:2
    73:18 75:25 80:17
**mean** 13:17 29:21 31:17 36:25 38:9
    47:16 59:13 71:15 72:3
**meaning** 60:15
**means** 19:4,6 42:11,15,16 44:18
    45:19,21,24,24
**medication** 8:25
**memorializes** 16:15
**minute** 44:24
**miscalculation** 48:18
**modification** 5:17,21 6:4 39:5 41:9
    42:23,25 43:6,18,24 44:6 45:4,22
    46:3,6,7 48:2 49:12,20 50:6,17,19
    78:14,15,17
**modifications** 38:23,24 39:2,7,8,9
**money** 34:23 42:6,11,13,15,16,17
    47:5 51:5,6 60:6
**month** 21:17 38:17
**monthly** 69:25 70:2,3,4,6 71:4,18
    72:2
**months** 51:15
**morning** 7:22
**mortgage** 1:12 5:24,25 6:9 9:16
    14:18 27:15 33:11,14,24 34:23
    35:2,17 41:22,24 56:11 57:24
    69:18,25 70:2,21 71:11,14,15
    72:5 78:16,16,18
**motion** 75:24
**multiple** 59:15
**municipalities** 57:18 73:23
**municipality** 72:9 73:14

### N
**N** 2:2 7:11 77:2,2 78:2 79:2
**name** 7:16,22 33:2,18 72:14 79:19
**names** 14:10,15
**NASSAU** 80:5
**Nation** 39:13
**national** 1:11 6:19 9:14 21:2
**nations** 54:3
**nature** 24:7,9
**near** 25:21 50:11
**necessarily** 27:10,11 59:24
**need** 8:19 32:2 35:25 54:23
**needed** 73:18
**never** 55:21 56:9,10,13,18,25 67:14
**new** 1:3,24 2:5,5,10,10 7:13 27:17
    35:4 41:24 42:6,11,13,15,16 47:5
    51:5,6,16,17 59:10,11 80:4,8
**nods** 8:9
**non-public** 53:21

**Normally** 31:11
**Notary** 1:23 4:10 7:12 77:24 80:8
**notated** 15:12 25:11 26:25
**note** 5:13 15:4,12,14 16:9,16,20,21
    16:22 17:2,3,9,14,17,20,25 18:4,7
    18:11 35:15,19 36:6,10 37:17,18
    37:21,25 38:3,8 39:11,13 40:13
    78:13 79:11
**noted** 3:8
**notes** 15:18
**notice** 6:9 78:18
**November** 64:19
**number** 14:19,22 29:11 36:2 51:14
    52:21 53:7 54:11 55:10 70:24
    75:12

### O
**O** 77:2
**oath** 77:10
**objection** 3:11,17 6:23,24 29:22
    56:3
**objections** 3:4,5,5,7,9,11 5:3 29:7
    29:15 53:8 54:10 78:9
**objects** 29:16 53:9,12,16,19,24
**obviously** 56:25 57:3
**occur** 74:15
**occurred** 45:9
**October** 51:15
**office** 17:11 27:20
**officer** 3:8
**official** 18:20
**oh** 27:12
**okay** 13:19 14:23 16:14 18:5,12,16
    29:2,12 32:18 38:10 43:14 44:6
    44:25 50:21 63:8 64:14 67:24
    68:23 71:12 72:20 76:2
**ones** 19:17 27:15
**oOo-** 7:10
**opinion** 75:9
**opportunity** 54:17
**opposing** 31:24
**order** 1:22 3:19
**original** 15:22 17:3,17,20 18:4,7,11
    21:20 37:17 39:19 40:13 41:22
    51:17
**originated** 21:15
**originator** 22:3 35:19
**outcome** 80:16
**outlining** 58:16
**outside** 12:13 20:21 45:16 57:21
    60:20 67:16 74:6
**outstanding** 42:19
**overlooks** 23:23
**overly** 29:16 53:9
**owned** 34:14
**ownership** 15:2
**owns** 14:12,24

**P**

**P** 2:2,2 7:11,11
**P.C** 2:4
**P.M** 76:4,9
**page** 29:9 32:11,14,16,23,24,25
36:2,14,16,19,23,24,25 37:2,6,7,7
37:7,8,8,9,14,16 38:3 41:2,4,12
41:19 47:4 51:5 52:19,21 53:5
63:5,6 64:11 69:18 75:11 78:4,8
79:5
**pages** 35:22 36:3,5,6,11,15,16,18
**paid** 27:13 56:20,21 57:23 59:10
60:17 65:15 66:14,16,18,22 67:2
70:21
**Parker** 2:8 12:14
**part** 12:10,18 13:7,25 23:17 30:14
31:8 45:4 48:21 55:13,15 61:17
62:19 69:21,25 70:20,23 71:2
73:20
**participating** 32:20
**participation** 30:4,7
**particular** 26:2 31:13 32:16 73:9
**parties** 4:6,15,17 11:25 41:14 43:20
80:15
**party** 3:24 73:13
**Pass-Through** 1:13 9:16
**Patrick** 1:19 5:1 6:1 7:1,8,15,17 8:1
9:1 10:1 11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1 75:1
76:1 77:8,17 78:5 80:10
**Pawson** 45:12
**pay** 18:18 38:15 71:24
**paying** 57:2,3,5 71:23 72:3
**payment** 6:13 24:6 25:9,16,19 26:6
26:18,20,21,24 27:4,5 47:25
52:12,23 54:22 55:3,6 56:19,23
57:6,22 58:7 59:16,18 60:2,20
61:22 63:7,11,14,17,20 64:8,13
64:19 65:7,8,9,10,12 66:6,9 67:12
67:15 69:7,10,25 70:2,4,6 71:22
74:23 78:19 79:13
**payments** 21:23 24:8,25 25:7,10,14
25:16 27:2,16 47:8 51:15 55:7
56:2,7 57:10,13,17 58:22,23,24
59:2,3,6,8,12,13,23,24,25 60:3,6
60:10,19,21 61:23 64:9 66:17
67:6 72:5,5,7,12,23 74:14,16,19
79:17,18,20
**pending** 8:21

**Penn** 2:9
**people** 25:13 49:17
**percent** 17:14 38:6
**performing** 49:12
**permitted** 3:14
**person** 3:9,21 9:6 46:2
**personal** 53:21
**personnel** 31:25
**persons** 3:15 50:12 65:21,22
**physical** 15:3,8,10 16:16,19,21 17:5
17:6 37:20
**physically** 6:21 15:23
**Pittman** 1:20 5:1 6:1 7:1,8,15,17
8:1,24 9:1,5 10:1,14 11:1 12:1,7
13:1 14:1,10 15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1,6 29:1,5,20
30:1,3 31:1 32:1 33:1,7 34:1 35:1
35:10,22 36:1,24 37:1 38:1 39:1
40:1,22 41:1,5,21 42:1 43:1,10
44:1,4 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1,17 53:1 54:1,16
55:1 56:1 57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1 71:1 72:1
73:1,2 74:1 75:1 76:1,4 77:8,17
78:5 80:10
**place** 1:25 17:3 21:18 23:9,25 30:23
30:24 31:10 39:23
**placed** 21:15 23:4
**plainly** 3:20
**plaintiff** 1:9,22 2:4 7:23
**Plaintiff's** 5:3,5,8,11,14,18,22 6:2,5
6:10,14 29:7 35:9 43:9 44:3,5
52:18 60:22 61:24,25 68:13,14
72:25 75:10 78:8,9
**plan** 42:23,25
**platform** 24:10,12,17 50:8,9,16
**Plaza** 2:9
**please** 7:16,19 8:3,7,9,14 10:11
23:16 28:24 29:13 32:13 35:9
36:9,22 41:2,18 43:13 44:5 49:3
51:11,13 53:6 55:19 58:2 67:8
71:3 75:12,19
**point** 17:15 18:15 21:5
**Pollock** 2:11 12:20
**pooling** 1:12 9:15 11:16,19 12:3,5
16:4 39:25 40:5,7,14,18 79:7
**Portfolio** 9:18,21 10:18 11:3 15:5,7
15:9,13,16,25 16:8,15,19 17:4
18:14 43:21 45:7 46:15
**portion** 67:9
**position** 18:20 20:21
**positions** 19:25 20:12
**possession** 15:3,8,10 16:9,16,19,21
16:22 17:5,6,19 25:25 37:21
**possible** 55:24 63:23
**possibly** 27:21 66:4

**power** 10:3,4,8,11,14 11:7,9,11
16:10 79:6
**practice** 3:6 15:15,17,20 17:23 18:2
24:22,23,25 25:3,4 31:20,23
**practices** 22:20,22,24 31:14 49:15
49:16
**predecessor** 58:8
**predecessors** 52:24
**prejudice** 3:20
**premarked** 5:5,8,11,14,17,21,25
6:5,10,13
**premiums** 53:2 58:11 79:15
**preparation** 14:8 30:14,23 31:6
32:20 55:15 79:9
**prepare** 12:7,11 31:15 45:22
**prepared** 45:14,18,23
**preparing** 30:4,7
**presence** 6:22
**present** 75:16
**preserve** 3:18
**previous** 20:25
**previously** 49:4 58:4 60:23 70:12
71:8
**price** 75:9
**principal** 42:3,8 70:3 72:4
**prior** 19:25 20:15 21:8,18 26:15
32:3 39:6,8,9 46:17 47:19 48:12
50:13 55:18 56:6 67:5
**privacy** 54:4
**private** 71:10,14,15
**privilege** 3:18
**Pro** 1:10
**probably** 13:3 40:9 59:22
**procedure** 23:9,11,19,21 30:23,24
31:6,10 47:16
**procedures** 22:10,13,20,24 24:15
24:16 49:5,8,12,19
**proceed** 3:9
**proceeding** 7:24
**process** 23:15,17,23 27:17,18 31:8
31:12 46:18 49:8 62:18,20,21
63:4
**Produce** 75:14
**produced** 10:12 12:24 14:9 38:4
54:11 79:10
**production** 5:4 12:10,24 14:7 29:8
32:4 37:24 53:25 73:21 78:10
**proof** 5:7 54:10,18,19,20,24 56:21
65:12 68:18,20 69:18 74:6 78:11
**proofs** 26:5
**proper** 17:3 23:24
**properties** 59:12,15
**property** 14:17,22 28:3 35:2,7 52:3
53:3 56:9,13,18,25 58:12 63:3
74:10,11,14,17,23 75:2,6,8,14,15
**proprietary** 53:18
**protected** 53:18,25
**protection** 53:22 54:4

**provide** 34:20 58:4 64:8 75:19
**provided** 3:21 4:13,15 10:7 34:21
**Public** 1:23 4:10 7:12 77:24 80:8
**purpose** 4:5,6
**purposes** 4:13 20:9 46:3,20,24
  48:10,23 50:10,14 57:13
**pursuant** 1:22 3:5,10
**put** 58:17 65:18 67:22 72:17

---

**Q**

**Queens** 14:20
**queries** 63:2
**query** 62:25
**question** 3:20,23 4:7 8:3,10,15
  19:13 24:21 28:15 30:21 49:2
  62:4
**questioning** 3:13,16
**questions** 3:18 8:21

---

**R**

**R** 2:2 7:11 80:2
**raised** 3:11
**ran** 45:25 46:2
**rate** 5:13 6:8,9 35:14 38:5,7,8,15,18
  38:21,25 39:6 78:13,18,18
**rates** 53:2 58:10 79:15
**re-review** 58:3
**read** 29:13 47:4 51:10,21 52:20
  53:6 67:7,10 69:24 70:22,23
  71:21 75:12 77:9
**reading** 38:12 68:21
**reads** 38:15 71:10
**real** 20:21
**really** 47:5
**reamortization** 51:7
**reason** 4:8 9:10 31:19 32:23 39:15
  39:17 66:15 68:3
**reasonably** 29:17 53:10
**recall** 13:2,20 14:16,20,21 16:3
  21:13,14 28:19 30:5 34:15 37:19
  38:22,23 43:4 54:23 55:13 61:2
  66:20,24 70:11,14 73:24 74:3,6,7
  74:13,13
**receipt** 15:14 27:5 39:19 59:18
  63:14,17 64:21 65:3,6
**receipts** 26:5,7,9,12 27:4,25 52:8,11
  52:23 54:21 55:3,6,25 57:16 58:6
  59:21 64:23,25 66:11 74:16,25
  79:13
**receive** 27:10,22 50:13 59:17 62:16
  73:4,11
**received** 31:24 40:2 44:12 45:5
  46:17,23 48:8,22 49:10 59:19
**recollection** 32:19
**record** 4:8 6:18 7:16,18 25:10 27:6
  44:10,11,12,13 58:18 77:11,13
  80:12
**recording** 41:12 52:4

**records** 13:8 14:14 23:2 24:3 25:25
  34:16 35:6 39:5,12,22 44:14,16
  47:23 49:6 62:19 64:3,4 66:2
  70:16 72:16
**refer** 18:15
**referring** 34:22,25 71:16 75:20,23
**refers** 54:10
**reflect** 11:11 15:12 25:17 38:24
  40:2,16 52:14
**reflected** 11:7,8 32:22 33:25 35:3
  35:20 40:3 42:7 45:16 51:5 55:7
  55:17 57:21,24 60:20 65:9 69:6
  74:23 75:2
**reflecting** 59:12 60:3
**reflection** 55:8 65:14,15 66:6,8
**reflects** 10:20 11:13 16:12 23:12
  25:10 26:23 36:2,5 37:9 47:3,6
  52:12,13 57:12 59:23 61:20,22
  63:11 67:5
**refresher** 22:21
**refusal** 3:17,22
**regarding** 6:19 12:2 24:22 47:25
**regulations** 54:4,6
**reiterate** 75:18
**relate** 14:11
**related** 1:12 9:15 54:2 80:14
**relationship** 10:2,17 11:8
**release** 53:20
**relevant** 29:18 53:11,15
**relief** 3:10
**rely** 27:12 50:12 65:18
**relying** 65:8
**remain** 42:22
**remainder** 3:24
**remember** 13:3 14:19
**REO** 20:2,2,14
**report** 59:22 63:22 65:10,14,18
**reporter** 6:16 7:4 8:8,13 67:11 80:7
**reports** 28:2
**represent** 7:5
**representing** 4:19
**request** 3:12 5:4 18:9 29:7,10 32:4
  52:20 53:7 55:10 58:5 64:6 67:22
  72:17,22 75:11,12 78:10
**requested** 34:19 58:4 67:9
**requests** 55:14
**require** 30:2
**requirements** 16:25
**reserves** 54:12
**respect** 4:16
**respective** 4:17
**response** 8:16 29:10,14 30:2,4,7,15
  31:16 32:5 35:24 53:6 54:13
**responses** 5:2 8:8 29:6 30:24 31:7
  78:9
**responsible** 18:23
**restricted** 3:11
**review** 12:2 13:5 34:4 47:11 48:19

52:7,11,12 54:17,25 55:5,18,22
  66:21,25 67:4 70:16 72:16 73:19
  73:19 75:4
**reviewed** 10:14 11:16,23,24 12:9,25
  13:4,7,21,22,24 14:4,7 26:18
  28:18,19 31:25 39:24 40:15 46:18
  46:24 48:5 55:6,12,20 62:24 79:8
**reviewing** 47:15
**reviews** 47:13
**Richard** 45:12
**right** 3:9,19,24 21:3 36:8 43:2
  54:12 69:21,22 74:2 76:5
**rights** 4:15
**ROBERT** 2:11
**role** 16:12
**rule** 3:6,7,14,14,21
**rules** 3:2,6 4:2,7 8:2

---

**S**

**S** 2:2 78:7
**S-t-r-a-u-b** 33:3
**sale** 56:9,10,14,19,25
**Salt** 7:20
**saved** 23:24 27:6
**saw** 57:6 74:16,24 75:7,8,9
**saying** 36:18 70:14
**says** 36:4 45:14 52:2 56:20 63:6
  69:24 72:2
**scanned** 23:4,22
**school** 20:20
**scroll** 28:21,25 29:9 32:14 35:25
  36:9 37:4 40:25 41:3,17 53:4 62:2
  64:11
**scrolled** 32:10
**scrolling** 43:13
**search** 18:10 64:23,24 66:11
**second** 5:20 38:12 41:19 44:24 47:4
  78:15
**secrecy** 54:5
**section** 4:7 33:25 38:11,14 50:22
**sections** 4:15
**secure** 34:23
**Secured** 1:12 9:16
**secures** 14:18
**securing** 35:2
**securitized** 15:19
**see** 26:12 28:2,20 31:18 32:21,23
  50:23 52:2,3,3 54:24 64:15 69:22
**seek** 15:11 26:7,9 30:16 34:9 37:20
  53:20 57:20 74:25
**seeking** 45:20 52:11
**seeks** 53:13,17,24
**seen** 10:16 24:18 28:6,9,10,11,12,13
  28:22 29:3 31:17 33:7 35:10
  37:17 52:8 54:19 55:2 57:9,15
  59:11 62:12 64:21 67:14 68:15
  75:5
**Select** 9:18,21 10:18 11:3 15:5,7,9

15:13,15,25 16:8,15,19 17:4
18:13 43:21 45:7 46:15
**selected** 9:11
**send** 27:11 32:8 58:15 59:22 60:5
**sending** 27:9
**sent** 27:12 48:3 57:10 73:5,6
**sentence** 29:13
**separate** 36:24,25
**September** 21:24 38:16 39:21
**Series** 1:13 9:17
**serve** 58:13
**servers** 13:23
**service** 21:23 27:6 62:23 63:3 66:2
73:2
**servicer** 11:4,12,13,14 15:21 17:8
17:12 18:3 21:2,6,8,9,12,14,18
22:3 25:15 26:13,14,15 27:14
46:17 50:13 56:7 57:23 59:16,17
60:2,5 67:5,6 71:25
**servicers** 17:2 47:11 57:14
**servicing** 1:12 9:15,19,21 10:18,21
11:3,17,19,25 12:3,5 15:5,7,9,13
15:16,25 16:4,5,9,15,19,24 17:4
17:18 18:14,25 19:15 21:21 22:21
39:25 40:6,7,14,19 43:21 45:6,8
45:11 46:15,16,20,25 47:20,23
48:13 49:9 50:2,10,14,16 62:22
66:16 79:7
**set** 3:19 4:7 80:11,18
**Seth** 2:6 7:22
**seven** 37:6,8 52:19 75:13
**seventh** 2:5 75:11
**shared** 66:5
**Sheldon** 69:16
**shoe** 60:8
**Shorthand** 80:7
**show** 59:24,25
**showing** 65:7
**shows** 33:3 57:10
**signature** 31:18 32:11,14,22,25
37:7,9 45:2,16
**signed** 4:10,11 31:18 32:2,21
**significant** 3:20
**similar** 49:15
**Sir** 28:4 68:24
**sit** 9:6
**six** 29:9 37:7,7
**sixth** 36:23 38:17
**slowly** 41:3
**soft** 13:13,15,17
**somebody** 47:21 48:5 57:3
**sorry** 13:14,16 31:4 33:12 36:14
44:21 68:8
**sort** 9:25 16:7 17:24 19:10 27:3
59:17
**sounds** 28:23
**speak** 12:11,17 22:17 31:22 40:9
**speaking** 3:11 8:14 13:9 25:5 71:13

73:9,11
**specific** 9:10 16:14 24:21 25:6
60:12
**specifically** 13:9 55:11
**speculation** 56:4
**spelled** 33:2
**SPF** 15:11
**spoke** 12:14,18,20
**SPS** 17:21,22 18:15,18,19,23 19:20
19:23 20:3,25 21:5,8 23:2 24:24
25:9 26:2,14 28:11,12 30:6,10
31:3 34:8 44:10,21,22,23 45:4
46:19 47:11,20 48:4,5,12 49:16
49:17 50:2,12 56:6,11,19,21 57:4
59:2 63:15 65:8,25 67:6 71:23,25
72:3,6,6,18 71:3,3,11
**SPS's** 19:11 27:6 34:16 35:5 54:25
**SS** 77:5 80:4
**stamp** 37:15,15
**stamped** 37:9
**standard** 15:15,17,20 17:23 18:2
23:19,21 24:22
**start** 19:22
**started** 45:11 66:16
**starts** 50:25 61:6
**state** 1:24 7:12,16,18 10:17 16:5
30:25 41:21,24 42:3,6 50:10
74:18 77:4 80:4,8
**stated** 3:11 4:8 16:23 17:8 18:13
20:25 37:19 39:21,24 43:23 47:5
47:7 49:7 52:10 55:20 61:21
70:12 71:8
**statement** 3:13,23
**statements** 3:15
**states** 1:2 16:8 17:24 36:19 38:11
71:18
**stating** 57:19 69:6 73:24
**status** 19:2 44:2
**steps** 23:12,13
**stipulate** 6:18 58:14
**STIPULATED** 4:10,12,14,17
**store** 23:2
**stored** 23:10
**Straub** 2:11 7:3,4,9 10:13 29:22
56:3 58:15 75:21
**street** 14:19,21 35:3
**Strike** 68:8
**stubs** 18:18
**subdivision** 3:6,7,22
**subject** 3:9 35:7 53:22 54:9
**submitted** 57:17
**Subscribed** 77:20
**subsequent** 43:5
**subservicer** 11:12
**subservicing** 11:6
**succinct** 3:23
**succinctly** 3:12 4:8
**suggest** 3:12

**Suite** 2:5,9
**supercede** 48:9
**supplement** 54:13
**SUPPLIED** 79:4
**supporting** 67:15
**supports** 66:10
**supposed** 27:11 71:19,24 72:4
**sure** 8:7 17:2,14 22:4 28:23,23
31:12,21 32:12 40:12 45:23 48:24
51:9 58:19,19,20 68:22
**surprise** 56:6
**swear** 6:16,20
**sworn** 7:12 77:20 80:11
**system** 15:13 23:3,5,7,10,25 24:2,4
24:5,8,9,11,17 26:3 27:8 30:9,13
50:8,9
**systems** 23:22 24:3

---

### T

**T** 7:11,11,11 77:2 78:7 80:2,2
**take** 8:9,13,19,20,21 28:4 38:13
44:4 72:18
**taken** 1:21 3:8 8:24 77:9
**takes** 46:19
**talk** 25:7 26:19 39:4
**talked** 67:16
**talking** 26:14 61:2 66:3
**talks** 70:24
**tax** 56:9,10,13,19,25 58:22 64:12
**taxes** 25:16 26:23 42:19 47:9 52:25
56:20,21 57:2,14,22 58:9,24,25
59:9,12 60:13 61:10,13,18,20,23
64:19 66:18,22 67:2 68:2,5,10
70:10,18 71:9,19 79:14
**tell** 8:20 27:9
**telling** 47:21,24
**tendered** 60:7,14 65:7
**tenders** 58:22
**term** 13:16 29:25 42:11,13 45:18,23
**terms** 27:14 39:11 56:11
**testified** 7:13 49:4
**testify** 9:2 46:11 62:10
**testifying** 1:20 4:19
**testimony** 74:25 77:9 80:13
**thank** 13:19 32:17 51:22 54:16 76:6
76:7
**thing** 55:9
**things** 18:22 24:7,9 25:2
**think** 55:24
**third-party** 73:13
**three** 17:18 38:11 63:6
**time** 1:25 6:24 8:14,19 11:6 25:12
25:21 27:19 38:13 39:20,20 45:6
50:11 65:21 69:14 76:6
**timeline** 20:9
**times** 38:20
**title** 31:2 52:4
**titled** 29:6 33:11,14 38:14

**today** 7:7 9:3 12:8,25 14:4,5 19:19
43:25 67:17
**today's** 12:10,19 13:25 39:3
**top** 32:16 38:24
**total** 51:18,19,24 52:6 60:24
61:2,4,7,12,14 70:4
**track** 24:5
**tracking** 24:25 25:7
**tracks** 24:8 30:10
**trained** 22:16,18,19 62:13 65:22
**training** 49:9
**transaction** 62:8 64:22 65:4
**transactions** 53:14
**transcript** 4:10 67:10 77:9,11
**transfer** 26:5 45:6 50:2 52:23 54:21
55:2,25 57:16 58:6 62:23 64:21
66:2 79:13
**transferred** 47:19 65:25 73:3
**transfers** 27:5
**transition** 47:10
**trial** 4:13 19:18
**true** 77:11,14 80:12
**trust** 1:11 9:14 15:6 16:13 17:10
21:3,16,24 39:14,16,18,20
**trustee** 1:12 9:14 15:6 16:12 17:9
39:16,18
**trusts** 15:19
**trying** 18:6 19:11 28:17 45:21
48:14 56:16 58:17 66:9
**turned** 39:16
**type** 27:5 65:6
**types** 18:22
**typically** 27:3 30:18 34:7,16

**U**

**underlying** 75:24
**underneath** 42:8
**understand** 8:3,5,11,17,22 13:10
40:11 48:14 55:10 56:16 66:8,9
**understanding** 16:23 24:19 42:10
42:13 51:23 68:19 69:3,5 70:8
**understood** 20:24
**unduly** 29:17,20 53:10
**UNIFORM** 3:2 4:2
**UNITED** 1:2
**units** 17:21
**unpaid** 42:3,8
**UPB** 51:17,17
**usually** 27:15 37:13
**Utah** 7:21
**utilized** 4:13

**V**

**v** 1:10
**valuations** 75:14
**vendor** 17:5 72:22 79:19
**vendors** 16:22 74:5,10
**verbal** 8:8

**versus** 61:18
**vet** 49:18
**vetting** 46:18 48:23 62:17,20
**video** 12:19
**violate** 54:6

**W**

**W** 77:2
**wait** 8:14 38:11 39:17 44:24
**waived** 3:6 4:15
**waiving** 54:9
**walk** 23:15
**want** 33:5 70:22
**wanted** 32:21,23 51:21
**wasn't** 55:12
**water** 52:25 58:10 79:15
**way** 37:12,16 41:4 49:3 60:4 80:16
**we'll** 8:20 26:19 31:11
**we're** 11:14,25 18:25 19:15 27:11
63:3
**we've** 11:14
**web** 1:15,22 7:7
**webinar** 22:19
**Weinberg** 2:6 7:2,22 10:10 12:4
14:6 28:24 32:13,17 36:9,22
37:23 40:17,25 41:17 53:4 57:25
58:19 64:6 67:7 68:8 69:17 72:21
75:17 76:2 78:5
**went** 47:21 55:10 56:9,13,18,25
74:7,22
**wet** 37:17,24 79:11
**WHEREOF** 80:18
**wire** 26:5 27:5 52:22 54:21 55:2,25
57:16 58:6 60:6,10,15 64:21
79:12
**witness** 4:19 6:17,21,22 7:6 29:2
32:15 36:13 37:4 41:3 43:12 62:2
76:7 78:4 80:10,13,18
**woman** 33:19
**word** 45:20
**work** 20:4,6 49:24
**worked** 22:6 27:20
**working** 20:3,15,20 30:10
**written** 33:19
**wrong** 49:3 55:19

**X**

**x** 1:4,14 78:2,7 79:2

**Y**

**yeah** 24:8 70:14
**year** 20:10,10 21:16
**years** 17:18 20:8
**York** 1:3,24 2:5,5,10,10 7:13 35:4
59:10,11 80:4,8

**Z**

**zero** 71:7,16

**ZIP** 35:4

**0**

**1**

**1** 5:5 28:5 29:10 51:16 52:18 75:11
78:9
**1-19-01097-cec** 1:10
**1-19-43235-CEC** 1:7
**1,241.58** 70:3
**1,361** 51:18 52:6
**1,642.71** 70:5
**1/23/2007** 63:7
**10** 6:14 10:1 36:11,15 61:25 75:11
78:19 79:6,6
**10:10** 1:17
**10001** 2:10
**10123** 2:5
**103,965.60** 51:20
**11** 11:1 20:8 36:3,5,16
**11/20/2007** 64:12
**11435** 35:4
**115-45** 35:3
**12** 12:1 79:7
**12:25** 76:4,9
**129,610.44** 42:9,20 47:7 51:14,18
**13** 13:1
**14** 14:1 79:8
**1408** 2:5
**15** 15:1
**155th** 14:21 35:3
**16** 16:1
**17** 17:1 79:7,21
**18** 18:1
**19** 19:1

**2**

**2** 2:1 5:8 68:14 78:11
**2,078.59** 64:18
**2,265** 63:12
**20** 20:1 64:19
**200** 52:4
**2002** 19:21 20:11
**2006** 21:15,25 33:16 35:18 39:21
52:25 58:9 66:17 75:15 79:14
**2006-3** 1:13 9:17
**2007** 51:15 63:13 64:20
**2011** 38:16 41:13 46:7
**2012** 45:2,3 46:8 51:16,16
**2016** 10:25 16:11 21:7 45:11
**2017** 11:2 16:11
**2018** 43:19
**2020** 1:16 33:4 77:10,22 80:19
**21** 21:1 79:19
**210** 52:5
**22** 1:16 22:1 77:10
**221** 3:2 4:2
**221.1** 3:4

**221.2** 3:17 4:7
**221.3** 4:4
**23** 23:1 63:13 79:11
**2371** 2:9
**24** 9:2 24:1
**24,283.84** 51:19 61:13
**25** 25:1 33:16 35:17 52:25 58:9
   75:15 79:12,14
**25,000** 61:17
**25,644.84** 51:20 60:24 61:8
**26** 26:1
**27** 27:1
**27th** 80:19
**28** 28:1 33:4
**29** 29:1 41:12

─────────── **3** ───────────
**3** 3:1 5:11 78:12
**30** 30:1
**31** 3:10 31:1
**3115** 3:6,14,21
**32** 32:1
**33** 33:1
**34** 34:1
**3417** 7:20
**35** 35:1 52:4
**36** 36:1
**37** 37:1 79:11
**371,250** 34:24 41:23
**371,250.00** 42:5
**38** 38:1
**39** 39:1

─────────── **4** ───────────
**4** 4:1 5:14 35:9 78:13 79:7
**40** 40:1 79:7
**400** 52:5
**401.13** 70:4 71:5
**41** 41:1
**42** 42:1
**43** 43:1
**44** 44:1
**45** 45:1
**450** 2:5
**46** 46:1
**47** 47:1
**48** 48:1
**49** 49:1
**4A** 38:14

─────────── **5** ───────────
**5** 5:1,18 40:21 41:19 72:25 78:9,11
   78:12,13,14,14,15,16
**50** 50:1
**500,860.44** 42:2 51:17
**51** 51:1
**516** 52:3
**52** 52:1

**53** 51:15 53:1
**54** 54:1
**55** 55:1
**56** 56:1
**57** 57:1 79:12
**58** 58:1
**59** 59:1

─────────── **6** ───────────
**6** 5:22 6:1 43:9 78:15,17,18,19 79:8
   79:17
**6.625** 38:6
**60** 60:1
**61** 61:1
**62** 62:1
**63** 63:1
**64** 64:1 79:17
**65** 65:1
**66** 66:1
**67** 67:1
**68** 68:1
**69** 69:1

─────────── **7** ───────────
**7** 6:2 7:1 33:6 34:22 78:5,16
**70** 70:1
**71** 71:1
**72** 72:1 79:19
**73** 73:1
**74** 74:1
**75** 75:1 79:21
**76** 76:1 78:5
**77** 77:1
**78** 78:1
**79** 79:1

─────────── **8** ───────────
**8** 6:6 8:1 44:4 60:22 78:17
**80** 80:1
**84119** 7:21

─────────── **9** ───────────
**9** 6:10 9:1 78:18
**91** 20:11